Paul R. Kiesel, State Bar No. 119854
 *kiesel@kbla.com*
KIESEL + LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Paul O. Paradis, Esq.
 *pparadis@hhplawny.com*
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff



FILED
CLERK, U.S. DISTRICT COURT

FEB 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRETT KACSUTA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>LENOVO (United States) Inc., a Delaware Corporation,<br><br>                    Defendant. | Case No. SA 13CV 316 CJC (RNBx)<br><br>**CLASS ACTION COMPLAINT**<br>1. **N.C. GEN. STAT. § 25-2-313;**<br>2. **VIOLATION OF CAL. CIV. CODE §§ 1750 *ET SEQ.*;**<br>3. **VIOLATION OF CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*;**<br>4. **VIOLATION OF CAL. BUS. & PROF. CODE §§ 17500 *ET SEQ.*;**<br>5. **VIOLATION OF CAL. CIV. CODE §§ 1792 *ET SEQ.*;**<br>6. **UNJUST ENRICHMENT; AND**<br>7. **BREACH OF IMPLIED-IN-LAW CONTRACT**<br><br>**JURY TRIAL DEMANDED** |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Plaintiff Garrett Kacsuta ("Plaintiff"), by his undersigned counsel, alleges the following upon personal knowledge as to his own acts and upon information and belief based on the investigation conducted by counsel as to all other matters.

## NATURE OF THE ACTION

1.     Plaintiff brings this action individually and as a class action against Lenovo (United States) Inc. ("Lenovo" or "Defendant") on behalf of all persons who purchased one or more of the following Lenovo IdeaPad® "U Series" "Ultrabook™" or "Ultraportable" notebook computers:

(1)    IdeaPad U310 Ultrabook - 4375BGU - Cherry Blossom Pink;

(2)    IdeaPad U310 Ultrabook - 4375BHU - Aqua Blue;

(3)    IdeaPad U310 Ultrabook - 4375BJU - Graphite Gray;

(4)    IdeaPad U310 Ultrabook - 4375BFU - Graphite Gray;

(5)    IdeaPad U310 Ultraportable - 4375B2U - Graphite Gray;

(6)    IdeaPad U310 Ultraportable  - 4375BAU - Aqua Blue;

(7)    IdeaPad U310 Ultraportable - 4375B8U - Graphite Gray;

(8)    IdeaPad U310 Ultraportable - 4375B9U - Cherry Blossom Pink;

(9)    IdeaPad U410 Ultrabook - 43768DU - Sapphire Blue;

(10)    IdeaPad U410 Ultrabook - 43768EU - Ruby Red;

(11)    IdeaPad U410 Ultrabook - 43768FU - Graphite Gray;

(12)    IdeaPad U410 Ultrabook - 43762JU - Graphite Gray;

(13)    IdeaPad U410 Ultrabook - 43768HU - Graphite Gray;

(14)    IdeaPad U410 Ultraportable - 437622U - Graphite Gray;

(15)    IdeaPad U410 Ultraportable - 437687U - Graphite Gray;

(16)    IdeaPad U410 Ultraportable - 43768AU - Sapphire Blue;

(17)    IdeaPad U410 Ultraportable - 43768BU - Ruby Red;

(18)    IdeaPad U410 Ultraportable - 43768GU - Graphite Gray;

(19)    IdeaPad U410 Ultraportable - 437689U - Graphite Gray;

(20)    IdeaPad U510 Ultraportable - 59365181 - Graphite Gray;

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

(21)   IdeaPad U510 Ultraportable - 49412MU - Graphite Gray;

(22)   IdeaPad U510 Ultraportable - 59365182 - Graphite Gray; and

(23)   IdeaPad U510 Ultraportable - 49412LU - Graphite Gray;

(collectively, the "Lenovo IdeaPad Notebooks") in the United States at any time from June 4, 2012 through the present (the "Class" and "Class Period," respectively).

2.     Lenovo is a designer, manufacturer, marketer, and seller of a broad range of personal computers, tablets, smartphones, servers, and workstations headquartered in North Carolina.  On June 4, 2012, Lenovo announced its new line of Lenovo IdeaPad Notebooks.

3.     Throughout the Class Period, Lenovo has uniformly marketed the IdeaPad Notebooks nationwide as thin, light, "ultraportable" notebook computers that possess the ability to connect with the Internet wirelessly ("Wi-Fi") and to engage in highly mobile, wireless computing.

4.     The Lenovo IdeaPad Notebooks suffer from an inherent design defect that causes the IdeaPad Notebooks to be unable to (i) connect to Wi-Fi and (ii) obtain Wi-Fi speeds fast enough to engage in basic mobile Internet browsing when the IdeaPad Notebooks are well within the range of a Wi-Fi source (the "Wi-Fi Defect").  As a result of the Wi-Fi Defect, the Lenovo IdeaPad Notebooks are not fit for their intended mobile computing purposes and cannot perform in accordance with Lenovo's marketing materials and warranties.

5.     Defendant knew or should have known of the Wi-Fi Defect before marketing and selling the Lenovo IdeaPad Notebooks as a result of its pre-market testing of the Lenovo IdeaPad Notebooks.

6.     In disregard of the Wi-Fi Defect in its IdeaPad Notebooks, Lenovo proceeded with a $50 million *"Book of Do"* national marketing campaign, falsely and misleadingly advertising that the Lenovo IdeaPad Notebooks (i) can "handle any mobile computing task," (ii) are excellent computers for consumers who are "always

2

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

on-the-go," (iii) possess "Wi-Fi" functionality, (iv) contain "built-in antennas ensur[ing] optimal reception of wireless radio," (v) are "mobile enough to go wherever you want," and (vi) "dependable enough to use whenever you want." The breadth of this advertising campaign made it such that there is little doubt that almost every Class member was exposed to Defendant's misleading statements and omissions.

7. Within days of the debut of the Lenovo IdeaPad Notebooks, scores of Class members quickly discovered that their Lenovo's IdeaPad Notebooks suffered from the Wi-Fi Defect and immediately complained to Lenovo of the existence of the Wi-Fi Defect.

8. As Class member complaints rapidly grew, Lenovo admitted the existence of the Wi-Fi Defect in its IdeaPad Notebooks, and laid blame on an unidentified *hardware* defect in its IdeaPad Notebooks.

9. Lenovo, in an effort to prevent its new "perfect tool for consumers" line of IdeaPad Notebooks from being a very expensive and embarrassing failure, falsely claimed that it implemented a hardware "design update" in all IdeaPad Notebooks manufactured after July 23, 2012, that ensured its prior representation of "***consistent wireless performance in all customer environments.***" Moreover, Lenovo continued to sell its IdeaPad Notebooks manufactured before July 23, 2012, which admittedly contained the design defect without disclosing the existence of the Wi-Fi Defect to consumers.

10. As Class members quickly discovered, however, Lenovo's purported "design update" incorporated into the IdeaPad Notebooks manufactured after July 23, 2012, failed to rectify the Wi-Fi Defect. Class members, regardless of the manufacture date of their IdeaPad Notebooks, have continued to complain that the Wi-Fi Defect exists in their IdeaPad Notebooks resulting in the inability of Plaintiff and other Class members to use their IdeaPad Notebooks for their intended mobile computing purposes.

CLASS ACTION COMPLAINT

11. Lenovo's failure to disclose that the IdeaPad Notebooks suffer from the Wi-Fi Defect is a materially misleading and unlawful omission that deceived Plaintiff and other members of the Class.

12. Furthermore, despite the complete failure of Lenovo's alleged July 23, 2012, "design update," Lenovo continues to: (i) disseminate its marketing materials which falsely and misleadingly tout the mobile computing and Wi-Fi functionality of the Lenovo IdeaPad Notebooks; (ii) sell defective IdeaPad Notebooks without disclosing to consumers the existence of the Wi-Fi Defect; (iii) perpetuate the falsity that the July 23, 2012 "design update" rectified the Wi-Fi Defect, including publicizing the falsehood; (iv) refuse to provide effective repairs to Class members who seek service under Lenovo's warranty; and (v) falsely inform Class members who have sought warranty repairs that Lenovo has repaired their IdeaPad Notebooks, when, in fact, Lenovo has failed to do so.

13. Reasonable consumers and members of the public are likely to be deceived by this misconduct.

14. Lenovo's manufacture and sale of the defective Lenovo IdeaPad Notebooks have harmed Plaintiff and all other Class members and have allowed Lenovo to earn substantial profits from its unlawful conduct. Accordingly, Defendant has violated the California Consumers Legal Remedies Act ("CLRA"), the California Unfair Competition Law ("UCL") and the California False Advertising Law ("FAL"), has breached the implied warranty of merchantability under the California Song-Beverly Consumer Warranty Act ("SBA"), has unjustly enriched itself to the detriment of Plaintiff and all other Class members, and has breached the implied-in-law contracts with Plaintiff and all other Class members.

## **THE PARTIES**

15. Plaintiff is a citizen of the State of California and resident of Orange County, California. Before purchasing a Lenovo IdeaPad Notebook, Plaintiff reviewed Lenovo's marketing and advertising for the Lenovo IdeaPad Notebook

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

regarding its Wi-Fi functionality. These statements, as described herein, were misrepresentations. Furthermore, Defendant did not disclose the material fact that the Lenovo IdeaPad Notebooks suffered from the Wi-Fi Defect in these marketing and advertising materials. Plaintiff relied upon these marketing and advertising statements and Defendant's failure to disclose the existence of the Wi-Fi Defect therein. Plaintiff purchased his Lenovo IdeaPad Notebook in the State of California, at retail. Had Plaintiff been aware of the Wi-Fi Defect, he would not have purchased the Lenovo IdeaPad Notebook.

16.  Defendant is a $21 billion personal technology company and the world's second-largest PC vendor. Its product lines include the "Think-branded commercial PCs," "Idea-branded consumer PCs," servers, workstations, tablets and smartphones. Lenovo acquired IBM's entire personal computer operation in 2006, and has since risen to the number two spot in the global PC market. Lenovo, incorporated in Delaware with its U.S. headquarters located at 1009 Think Place, Morrisville, North Carolina, 27560, also represents that "Lenovo is committed to the highest standards of integrity and responsibility." Lenovo transacts substantial business in the State of California through the advertising, marketing, and sale of its products, including the Lenovo IdeaPad Notebooks.

## JURISDICTION AND VENUE

17.  This Court has subject matter jurisdiction over the claims asserted in this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332. Plaintiff, a citizen of California, brings claims on behalf of a nationwide class against Defendant, a citizen of North Carolina and Delaware.

18.  This Court has jurisdiction over all causes of action asserted herein pursuant to 28 U.S.C. § 1332(d) because the aggregate claims of Plaintiff and other Class members exceed the sum or value of $5,000,000, the proposed Class has more than 100 members and diversity of citizenship exists between at least one member of the proposed Class and Defendant.

CLASS ACTION COMPLAINT

19.     This Court has personal jurisdiction over Defendant because it maintains sufficient contacts in this jurisdiction, including the advertising, marketing, distribution, and sale of its IdeaPad Notebooks in this jurisdiction.

20.     Venue is proper in this District because a substantial part of the events, misrepresentations and omissions giving rise to the claims occurred in this District, including the marketing, distribution, and sale of the IdeaPad Notebooks in this jurisdiction.

## SUBSTANTIVE ALLEGATIONS

I.      **Background on
Ultraportable Notebooks and Wireless Mobile Computing**

   A.      **The Emergence of Ultraportable Notebooks and Ultrabooks**

21.     To better understand the design and intended purpose of the Lenovo IdeaPad Notebooks, it is important to describe the various classes of laptop computers that have emerged in the marketplace.

22.     Laptop computers are portable computers that are small enough to sit on a person's lap.  Notebook computers are smaller versions of laptop computers. "Ultrabook™" notebook computers are a subclass of notebook computers, debuting in the U.S. in 2011.

23.     A laptop manufacturer can brand a laptop an "Ultrabook™" only if the laptop is designed in accordance with specifications set by Intel Corp.   The specifications include restrictions to dimensions, weight and minimum processing powers that guarantee that every Ultrabook is ultra-thin, lightweight, compact, portable and possesses high performance capabilities.   UltrabookReviews.com, *Ultrabook Branding Requirements*, May 1, 2012.  Intel's restrictions are meant to ensure that "consumers can buy an Ultrabook knowing that it will be thin and thus portable . . . ." *Id.*

24.     "Ultraportable" notebook computers are a class of slim, light, and thin notebook computers designed to mimic "Ultrabook™" notebook computers but that

KIESEL +LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

1   do not comply with every Intel specification. *See* Shop.Lenovo.com.

2       25.     In order for Ultrabook™ and Ultraportable notebooks to be so thin and

3   light, they are equipped with irremovable batteries and do not contain a CD/DVD

4   drive, unlike ordinary notebooks and laptops.

5       26.     Ultrabook and Ultraportable notebook computers' value is derived from

6   their mobile computing ability that is wholly predicated upon the ability to access

7   the Internet wirelessly or, in other words, their "Wi-Fi" functionality.

8

9       **B.     Wi-Fi and Mobile Computing**

10      27.     "Wi-Fi" is a term used to describe the ability of a computer to access

11  the Internet without the use of a physical wire or cable (*i.e.*, an Ethernet cable)

12  between the computer and the Internet source.   Instead of a wire or cable, the

13  computer   and   the   Internet   provider   communicate   wirelessly   *via*   airborne

14  transmission of radio waves.  Wi-Fi also allows the Internet to be accessed by many

15  users within a wireless network simultaneously without the additional infrastructure

16  of wires and connection points.  Many public venues do not offer the option to plug

17  into an Ethernet port, and most routers (the devices that transmit Internet wireless

18  via airborne radio waves) are stored in a particular room in a house, not easily

19  reachable with an Ethernet cable.

20      28.     As Qualcomm Inc., a Wi-Fi hardware supplier for Lenovo, succinctly

21  states: "For a lot of people the world over, Wi-Fi® is their equivalent of oxygen;

22  they just can't live without it. . . . *[Wi-Fi] is ubiquitous in notebooks and netbooks,*

23  *a standard feature especially in portable computing platforms, meeting user*

24  *demand for mobile wireless connectivity.*" (Emphasis added).  Indeed, computing

25  and use of the Internet has become a highly mobile activity.  As a result, Wi-Fi has

26  become an extremely popular and vital infrastructure in our society where Ethernet

27  ports are generally unavailable and not desirable.

28      29.     Wi-Fi is available only if one has a mobile computing device with Wi-

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

7                                               CLASS ACTION COMPLAINT

Fi functionality.  Thus, notebook computers have increasingly become the computer of choice because they allow people to take their social experience, education, recreation, work, business, and more with them virtually anywhere (assuming Wi-Fi access is available).  As a result, users of notebook computers commonly utilize Wi-Fi in numerous places including business environments, college campuses, cafés, restaurants, residences, hotels, and even airplanes over 10,000 feet above ground.

## II.   The Lenovo IdeaPad Notebooks Debut on June 4, 2012

30.   In a press release dated June 4, 2012, Lenovo announced the introduction of its IdeaPad Notebooks:

> "Ultrabooks are an industry game changer that shift not only the way people think about laptop design, but also how much performance technology can be packed into such a thin and light device," said Peter Hortensius, president, Product Group, Lenovo.  Lenovo Ultrabooks free people from having to choose between a device with a productivity-focused user experience and one with a style and design that inspire their creativity.   The IdeaPad U Series Ultrabooks embody this convergence and are the perfect tool for consumers to manage every aspect of their digital lives.

Lenovo, *Lenovo Unleashes Ultrabooks to Power Next Chapter of Great Ideas, "Book of Do" Global Marketing Campaign Shows IdeaPad U310 and U410 Engines for Creativity and Productivity*, June 4, 2012, news.lenovo.com/article_display.cfm?article_id=1600 ("Lenovo, Book of Do").

31.   Lenovo's Chief Marketing Officer, David Roman, made clear the importance of the IdeaPad Notebook line to Lenovo:

> We see Ultrabook as a very significant transition in the industry.  It's a great opportunity for brands to reestablish themselves with consumers.  It's a big bet not just on marketing, but also on the range of products we're investing in.

Beth Snyder Bulik, *Thin Is In As Lenovo Launches Massive Ultrabook Campaign*

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

8                    CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

*Company to Spend "Tens of Millions" to Push Lightweight PCs in Effort to Lure Younger Demo Away From Apple*, June 04, 2012, http://adage.com/print/235135 ("Bulik, Thin Is In").

32.     Figure 1 depicts an IdeaPad U410 Notebook and Figure 2 depicts a side view of the IdeaPad U310 Ultrabook released in late June 2012.

**Figure 1**



**Figure 2**



33.     Figures 3-5 are snapshots of Lenovo commercials depicting students using IdeaPad Notebooks to engage in mobile computing *connected to Wi-Fi* in

9                                    CLASS ACTION COMPLAINT

public settings.

**Figure 3**



**Figure 4**



**Figure 5**



34.     In June 2012, Lenovo began selling its IdeaPad Notebook product line consisting of 19 Ultrabook and Ultraportable IdeaPad Notebook models: (i) four 13.3 inch IdeaPad Ultrabooks, (ii) four 13.3 inch IdeaPad Ultraportables, (iii) five 14.0 inch IdeaPad Ultrabooks, and (iv) six 14.0 inch IdeaPad Ultraportables.

35.     On August 31, 2012, Lenovo expanded the IdeaPad Notebook product line with the debut of the IdeaPad U510, consisting of four 15.6 inch IdeaPad Ultraportables.

36.     The IdeaPad Ultraportables are virtually identical to the IdeaPad Ultrabooks. The only significant difference between the IdeaPad Ultrabooks™ and the IdeaPad Ultraportables is that the Ultrabooks™ have a "Solid State Drive" memory that is not included in the Ultraportables. Lenovo markets and sells the IdeaPad Ultraportables along side the IdeaPad Ultrabooks. *See, e.g.,* Shop.Lenovo.com (Marketing the IdeaPad Notebooks as "Stylish Ultraportables").

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

### III.   The Lenovo IdeaPad Notebooks' Wi-Fi Functionality

37.   In the only version of the Hardware Maintenance Manual for the IdeaPad U310 and U410 Notebooks, Lenovo represents that the Lenovo U310 and U410 IdeaPad Notebooks contain three hardware components that enable Wi-Fi functionality:

a. (1) one of six different Wi-Fi adapters (which Lenovo refers to as a "1050 PCI Express Mini Card for wireless LAN[Local Area Network]/WAN[Wide Area Network]") supplied by Intel Corp., Qualcomm, Inc., and Broadcom Corp;

b. (2) a Wi-Fi antenna; and

c. (3) two or three insulated wires connecting the Wi-Fi adapter to the Wi-Fi antenna.

Lenovo IdeaPad U310/U410 Hardware Maintenance Manual, 1st ed., March 2012 (applying to all 19 IdeaPad U310 & U410 Notebooks).

38.   A seventh Wi-Fi adapter became available in the IdeaPad Notebooks after their June 2012 debut. *See* Lenovo.shop.com,

39.   In the only version of the Hardware Maintenance Manual for the IdeaPad U510 Notebooks, Lenovo represents that the Lenovo IdeaPad U510 Notebooks contain three hardware components that enable Wi-Fi functionality:

a. (1) one of eight different Wi-Fi adapters supplied by Intel Corp., Qualcomm, Inc., and Broadcom Corp;

b. (2) a Wi-Fi antenna; and

c. (3) two or three insulated wires connecting the Wi-Fi adapter to the Wi-Fi antenna.

Lenovo IdeaPad U510 Hardware Maintenance Manual, 1st ed., Sept. 2012 (applying to all four IdeaPad U510 Notebooks).

40.   Significantly, all of the IdeaPad Notebooks are enclosed in an aluminum case.   Aluminum, however, blocks the transmission and reception of

wireless Internet, which travels by means of radio waves as a replacement for cables or wires. In particular, when a solid sheet of aluminum is between a Wi-Fi antenna and a wireless Internet source, the aluminum sheet will greatly interfere with the Wi-Fi antenna's ability to receive and transmit radio frequencies, thereby substantially impairing the ability to use Wi-Fi.

41.    Typically, for devices containing Wi-Fi that have an aluminum case, manufacturers will place the internal Wi-Fi antenna behind a portion of the case that is made of plastic or is perforated in order to permit the unimpeded transmission and reception of Wi-Fi radio waves.

42.    The IdeaPad Notebooks' Wi-Fi antennas are affixed to the interior of the aluminum case. The IdeaPad Notebooks do not have a plastic portion or opening in their solid aluminum cases which would permit the flow of Wi-Fi radio waves to and from the Wi-Fi antenna. The failure to equip the IdeaPad Notebooks with a plastic portion or opening in their solid aluminum cases is a substantial cause of the Wi-Fi Defect.

## IV.    Lenovo's False and Misleading Statements Concerning the Lenovo IdeaPad Notebooks

43.    In an interview with Consumer Electronics Daily, Nick Reynolds, Lenovo's director of marketing and strategy, stated: "this company plans to eventually capture 10 percent of the Ultrabook market in the United States. To do so, the company is launching a $50 million marketing campaign to spread the word and bring the Ultrabook to the masses." *See Lenovo aims for 10 percent Ultrabook market share*, June 20, 2012, http://www.lenovo.com/articles/us/en/news/lenovo-aims-for-10-percent-ultrabook-market-share.html.

44.    Before the release of the Lenovo IdeaPad Notebooks, Lenovo engaged in a lengthy and expensive advertising campaign to market the Lenovo IdeaPad Notebooks. Lenovo's $50 million IdeaPad marketing campaign was conducted through Lenovo's retail website, retailers' websites, written marketing materials, TV

CLASS ACTION COMPLAINT

commercials, short-films, YouTube.com videos, Lenovo's Facebook.com page, Lenovo's Twitter.com page, and other promotional events on college campuses. The breadth of this advertising campaign made it such that there is little doubt that almost every Class member was exposed to Defendant's misleading statements and omissions.

45.     Through it advertisements, marketing materials and warranties, Lenovo falsely and misleadingly represented to the Class that the IdeaPad Notebooks possess Wi-Fi functionality and are capable of engaging in mobile computing.  As set forth below, throughout the Class Period, Lenovo falsely and misleadingly marketed its IdeaPad Notebooks as possessing and providing the following Wi-Fi functionality:

a.     "Lenovo WiFi . . . adapters provide a speedy and reliable wireless network connection for standard home or office use."

Intel® WiFi
If needing an extra boost to accommodate bandwidth-taxing network tasks such as advanced business applications or streaming multimedia such as games or HD video at home, consider Intel's Centrino line of WiFi adapters. The Centrino line is optimized to provide unparalleled wireless capabilities and high reliability in crowded, heavy traffic and larger area wireless environments.

*See* IdeaPad U310 13.3" Laptop, Shop Lenovo (US), shop.lenovo.com; IdeaPad U310 13.3" Ultrabook™, Shop Lenovo (US), shop.lenovo.com; IdeaPad U410 14" Laptop, Shop Lenovo (US), shop.lenovo.com; IdeaPad U410 14" Ultrabook™, Shop Lenovo (US), shop.lenovo.com; IdeaPad U510 15.6" Laptop, Shop Lenovo (US), shop.lenovo.com.

b.     "**INTEGRATED COMMUNICATIONS** . . .  802.11 b/g/n Wi-Fi," *see* each IdeaPad Notebooks' Datasheet, also available at shop.lenovo.com;

c.     "Wireless Connectivity • 802.11 b/g/n WiFi," *see* IdeaPad U310 & U410 Notebooks' "Tech Specs," also available at shop.lenovo.com;

d.     "Wireless Connectivity • Intel Centrino Wireless N-2230," *see* IdeaPad

13                                        CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

U510 Notebooks' "Tech Specs," also available at shop.lenovo.com;

e. **"Wireless module antennas** [–] The built-in antennas ensure optimal reception of wireless radio." *See* IdeaPad U310/U410 User Guide V1.0 (January 2012) (accompanying each IdeaPad U310 & U410 Notebook) also available at shop.lenovo.com; IdeaPad U510 User Guide V1.0 (July 2012) (accompanying each IdeaPad U510 Notebook) also available at shop.lenovo.com;

f. "Always on and connected to the internet in sleep mode", LenovoVision, *Lenovo U310 and U410 Ultrabooks - Library Intel*, youtube.com/watch?v=7Vqco1Ca_NA (Jul. 16, 2012);

g. "[A]utomatically update email, IM chats and social media messages even when in sleep mode . . ." Lenovo, Book of Do Advertising Campaign, *supra*; *see also* Product Tour, YouTube.com/user/LenovoVision; Facebook.com/Lenovo;

h. We have what we call "AOAC" technology. So **Lenovo is always on, always connected.** So when the notebook is asleep, when the lid is down, or it is in sleep mode, it updates your emails, it keeps your emails up-to-date, it keeps your . . . internet applications up-to-date. So as soon as you open it, as soon as you resume, it is ready there waiting for you with the latest data from the web.
*see Lenovo IdeaPad U310 and U410: Hands On*, available on Facebook.com/Lenovo (Jan. 17, 2012),
YouTube.com/user/LenovoVision (Jan. 16, 2012); Twitter.com/Lenovo (June 8, 2012) (emphasis added);

i. "[The] Ultrabook devices offer the performance to handle any mobile computing task", Book of Do; and

j. "Sleek metal exterior design in a choice of colors for the user who's always on the go," All IdeaPad Notebooks' Data Sheets.

46.    Lenovo's statements concerning the Wi-Fi functionality of its IdeaPad Notebooks were known, or should have been known, exclusively by Lenovo to be materially false and misleading as a result of its pre-market testing of the Lenovo

14                                          CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1   IdeaPad Notebooks which would have revealed the Wi-Fi Defect.

2       47.     Indeed, the purpose of the IdeaPad Notebooks is to allow the consumer
3   to engage in highly mobile computing—whether it be anywhere around the home or
4   outdoors—at school, cafes', hotels, and at many other places "on-the-go." The Wi-
5   Fi Defect, however, effectively precludes mobile computing, and thereby renders
6   the IdeaPad Notebook unfit for the purpose for which it is sold.

7       48.     At no point during the course of this marketing campaign or the Class
8   Period, has Lenovo disclosed the existence of the Wi-Fi Defect to consumers.
9   Plaintiff and other Class members relied on this material omission and purchased
10  IdeaPad Notebooks that they would not otherwise have purchased.

11      49.     Furthermore, after admitting that the IdeaPad U310 and U410
12  Notebooks suffered from the Wi-Fi Defect, and after failing to rectify the Wi-Fi
13  Defect, Lenovo released the IdeaPad U510 Notebook that also suffers from the Wi-
14  Fi Defect.

15

16  **V.     Following an Avalanche of Consumer Complaints
17          About the Wi-Fi Defect Almost Immediately after the IdeaPad
            Notebooks' Debut, Lenovo Admits that It Is Aware of the Wi-Fi Defect**

18      50.     The Wi-Fi component of these Notebooks is so integral to the IdeaPad
19  Notebooks functionality, that Lenovo, as a result of its pre-introduction testing of
20  the IdeaPad Notebooks components and functionality, was well aware of the Wi-Fi
21  Defect.   In its marketing materials, Lenovo assured consumers that, "[e]very
22  component of these laptops has been carefully thought out and precisely
23  engineered." *See* Shop.lenovo.com.

24      51.     In addition, as soon as the IdeaPad Notebooks hit consumers' hands,
25  consumers immediately began complaining to Lenovo of the Wi-Fi defect, forcing
26  Lenovo to admit to the existence of the Wi-Fi Defect.

27      52.     Consumer complaints about the immobilizing Wi-Fi Defect surfaced,
28  and hundreds more followed throughout the Class Period.  Below is only a sampling

CLASS ACTION COMPLAINT

of such complaints within days of hitting store shelves:

| Date and Source | Consumer Complaint |
| --- | --- |
| July 1, 2012<br><br>forums.lenovo.com | **[T]he Lenovo Ideapad U410 . . . has troubles with connecting to the wireless network. It's just not able to ensure a consistent connection unless you are sitting right next to the router. . . .** (Emphasis added). |
| July 4, 2012<br><br>forums.lenovo.com | The big problem, however, as the title states, is my internet is turtle slow.   After running [Internet] speed tests on speakeasy[.net—a website that measures the speed of a computer's Internet connection—], . . . I'm getting download speeds of 1 [megabit per second ("Mbps")] on my NEW u310[.]<br><br>My 3 year old Asus netbook, which is side by side with my u310 lenovo, is getting 30[Mbps] down speed on speakeasy[.net.] |
| July 4, 2012<br><br>forums.lenovo.com | I have the same problem, I've been reading forum threads for the past four hours, tried a dozen different drivers, nothing seems to work . . . . |
| July 6, 2012<br><br>reviews.lenovo.com | Sometimes [the IdeaPad U310] connects to my wireless network and sometimes it doesn't. All my other devices work fine so its just this notebook. Really not cool! I have been on with Tech Support 3 times and have gotten three different answers that haven't worked. Tried to return it within the 21 day return policy, but now its too late only because I was trying all the unsuccessful troubleshooting. Now I am stuck with this computer . . . Wish I could just return it at this point and get a refund. |
| July 14, 2012<br><br>forums.lenovo.com | I have the same wifi problem like everybody else , except i have a u410 with broadcom bcm94313 [Wi-Fi Adapter]. I found out that the bios is whitelisted, so [the IdeaPad Notebooks] only accept[] certain [Wi-Fi] cards, but apparently even if you change the card there will be no improvement since other people with intel [and] atheros [Wi-Fi Adapters] have the same problem. It seems to be a hardware problem, because it is not possible that all cards from different brands have the same issue. |

KIESEL + LARSON LLP<br>Attorneys at Law<br>Beverly Hills, California

16                    CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| | | One thing is for sure : Never lenovo/ibm again, first and last time ! it is frustrating to pay a lot of money for a brand new machine and then to have this kind of problems ! i mean come on, don't you even test them before you put them on the market ?! . . . |
| | July 19, 2012<br><br>forums.lenovo.com | Same problem here. Just bought U310 on Tuesday (7/17) and the Wifi is really slow. I have to keep it hardwired to my router to get acceptable speed. That's OK for today, but I'll be traveling in a few days and need this fixed. |
| | July 19, 2012<br><br>forums.lenovo.com | I got the same problem in wifi connection: The signal up and down continuously by time and I found hard to load a webpage.<br><br>Sometimes I got a suddenly disconnected from nerwork without reason and it takes too much of time as well to reconnect again. |
| | July 19, 2012<br><br>forums.lenovo.com | Numerous tests confirm that changing the [Wi-Fi antenna] wire does not work. . . .<br><br>Swapping antenna wires does NOT work, tried it when changing SSD. (posted this earlier.) It actually makes the connection worse. |
| | July 19, 2012<br><br>forums.lenovo.com | Changing the internal [Wi-Fi Adapter] card wont help, as people with different cards have the same problems (you can find many experiences in the topic mentioned above). |
| | July 23, 2012<br><br>hardwarezone.com | Lenovo U410 and U310 series having serious Wireless connection issue, it is not wireless card, not your router compatibility and also not your driver and settings issue. It is the design issue. Lenovo has no fast way to resolve it, and you can only use it very close to your wireless router. |
| | Aug. 1, 2012<br><br>forums.lenovo.com | I also feel ripped off about the fact that you were made aware of this problem on this website a month ago. Yet nowhere else is the bad wifi issue mentioned. |

CLASS ACTION COMPLAINT

| Aug. 3, 2012 forums.lenovo. com | From the looks of it is[] much more likely a serious hardware-related problem, requiring hardware redesign (e. g. include a different antenna, re-wire an interrupt controller, physically relocate a component inside the case, attach it to a different data bus system).<br><br>From an engineering standpoint this means redesigning the product, possibly including the internal PCB, re-testing, re-applying for certification (since the product changed), re-estimating material costs, possibly re-negotiating with suppliers, redesigning the production lines at the factory, and pulling back, trashing and re-shipping pretty much every unit sold. . . . |

53.     Within approximately two weeks after the debut of the IdeaPad Notebooks, Lenovo surreptitiously admitted that the IdeaPad Notebooks suffer from the Wi-Fi Defect when a Lenovo employee posted the following in a Lenovo Internet Forum:

> We are looking into what is being reported here [on the Wi-Fi Defect Support Forum on forum.lenovo.com] and Lenovo has previously responded in the thread.

*See* Forums.lenovo.com (July 12, 2012).

54.     As Class members continued to express their frustration with the Wi-Fi Defect, on July 16, 2012, Mark Hopkins, the Program Manager of Lenovo Social Media, addressed Class member complaints concerning the Wi-Fi Defect, acknowledged the existence of the Wi-Fi Defect, and responded with annoyance for complaining about their brand new, expensive, defective IdeaPad Notebooks:

> I believe our engineering team is making progress on this issue and I appreciate the feedback that you have provided so far. **Until we have an official fix, efforts to bombard service or agitate with local servicers are not going to resolve the problem.**
>
> Until a fix is released and a formal tip issued, calling different call centers in different countries / regions will likely generate different

18                    CLASS ACTION COMPLAINT

responses as the agents attempt to do problem determination.

I understand that some of you have been posting here for a couple of weeks, but it does take a bit of time to test, gather enough information to determine the root cause and then develop a field plan.

Forums.Lenovo.com (emphasis added).

55.     Lenovo, on July 24, 2012, in an effort to avoid the embarrassment of an expensive recall, halfheartedly reassured consumers that a fix would be on the way:

We have made progress on this, and *we should be able to provide an official update shortly*.

Forums.lenovo.com (emphasis added).

56.     However, Lenovo buried these admissions in the Wi-Fi Defect support forum that was over 25 pages long and contained over 250 posts discussing the Wi-Fi Defect within the first month after its inception.

57.     On August 8, 2012, Ultrabook News published an article concerning the Wi-Fi Defect:

We've actually had a chance to get our hands on two U310's for testing and both have exhibited the problem. . . .

The issue is with WiFi speed and range.  The U310 seems to have exceedingly short range, unable to find a connection where other devices have no problem.  When it is close enough to the access point [i.e., a wireless Internet router,] to get a connection, downloads speeds are significantly slower than other devices. . . .

Out of the box, the U310 WiFi was even worse than it is now, . . .

Ben   Lang,   *Lenovo   IdeaPad   U310/U410   WiFi   Issues*,   Aug.   8,   2012, http://ultrabooknews.com/2012/08/08/lenovo-ideapad-u310u410-wifi-issues/ ("Lang, Wi-Fi Issues").

58.     Ultrabook News also question whether Lenovo's promised "official update" on the Wi-Fi Defect would ever come:

19                    CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

> Lenovo says that they are aware of the issue and have been attempting to troubleshoot with users on the thread to no avail; their latest response to the thread was on the 24th of July . . . . That was more than two weeks ago and users in the thread are clearly becoming frustrated at the lack of a solution, some of them claiming to have returned their U310 or U410. . . .

Lang, WiFi Issues.

59. The day after the publication of the Ultrabook News article, Lenovo admitted that (a) Lenovo had knowledge of the Wi-Fi Defect since early July, and (b) Lenovo "extensively" tested the IdeaPad Notebooks in its efforts to rectify the Wi-Fi Defect:

> During July, Lenovo received customer reports of lower than expected wireless performance on some U310 and U410 IdeaPad systems. As a result, we extensively tested sample U310 and U410 models and a design update was implemented to ensure a more consistent wireless performance in all customer environments. **U310 and U410 models manufactured after July 23, 2012 incorporate these updates** and are not affected. Customers with U310 and U410 models manufactured prior to July 23 who have experienced lower than expected wireless performance should contact Lenovo support to schedule service.

Forum.lenovo.com. (Aug. 9, 2012) (emphasis added).

60. However, Lenovo buried this "official update" in the Wi-Fi Defect support forum instead of communicating this material information to consumers.

## VI. Lenovo Continues to Sell IdeaPad Notebooks that Admittedly Suffer from the Wi-Fi Defect

61. Even after Lenovo announced that all IdeaPad Notebooks manufactured after July 23 would be Wi-Fi Defect-free, Lenovo *continued to sell* IdeaPad Notebooks manufactured prior to July 23, 2012 that admittedly contained the Wi-Fi Defect, as demonstrated by the following sampling of consumer complaints:

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| Date and Source | Consumer Complaint |
|---|---|
| Aug. 19, 2012 forums.lenovo.com | I bought a new U310 yesterday . . . . It was manufactured May 29, 2012. It has the wifi problem. I returned it. . . .  Why are these defective machines still being sold? |
| Aug. 23, 2012 forums.lenovo.com | Basicaly same story here in Chicago, US. Ordered   U310 from Microsoft store, received unit yesterday – unit built on 6/19/12 – I cringed when I saw that. Called Lenovo today, the rep was -not aware- of the issue. She spent about 30 min remotely on my machine re-instaling driver, to no avail. . . . |
| Aug. 23, 2012 forums.lenovo.com | I received my U410 on tuesday [8/21] and it does indeed have the wireless issue and the laptop was made in June! Why are these products still being sold? |
| September 20, 2012 Amazon.com | Seems to be that lenovo figured out the wifi was really bad, but kept selling units and just fixed it on the new ones. I bought my laptop on Sept 20, it was manufactured on May 28, the fix didn't come out until July 23 . . .  The date is printed at the bottom of the tag on the outside of the box, so if you buy in a store you can check. |
| Sept. 21, 2012 forums.lenovo.com | Wish I would've saw this thread beforehand. I just bought a u410 from www.bhphotovideo.com this week, got it last night, and just sent it back this morning. **Why on EARTH has this not been recalled, the unit was manufactured June 18th**! I gave Lenovo's customer service a chance, but they wanted the retailer to handle it. Fortunately, BH cares about their consumers so there was no hassle after I explained the issue I was having and informed them of the official Lenovo response in this thread. They issued a refund because they could not guarantee that one manufactured after 7/23 would be sent. . . .  I'm digusted with the fact that units are still being sold like this. . . . people need to know that Lenovo has done nothing to get units with this issue out of retailers' inventories. I could have a laptop right now if Lenovo hadn't dropped the ball on this, but instead I have lost money on shipping costs. |

CLASS ACTION COMPLAINT

62.   Because Ultrabook™ and Ultraportable notebooks are intended primarily for highly mobile computing predicated upon reliable Wi-Fi connectivity, the Lenovo IdeaPad Notebooks are intended to maintain Wi-Fi connectivity within the maximum wireless Internet range of most routers.   Furthermore, the Wi-Fi Defect manifests within days of the first use.   The Wi-Fi Defect is material to reasonable consumers and the Class yet Lenovo continued to sell admittedly defective IdeaPad Notebooks to the Class without informing members of the Class of the Wi-Fi Defect.

## VII.   Lenovo's Alleged "Design Update" Fails to Remedy the Wi-Fi Defect

63.   As made clear by the complaints of Class members who purchased their IdeaPad Notebooks with the alleged "design update," the "design update" has failed to cure the Wi-Fi Defect, and Lenovo has knowingly continued to sell the IdeaPad Notebooks the Wi-Fi Defect:

| Date and Source | Consumer Complaint |
| --- | --- |
| Aug. 21, 2012<br><br>ultrabooknews.com | I purchased a U410 . . . It's now the slowest laptop in the house . . . . **The laptop box shows a build date of 7/27/12. Been trying to troubleshoot the issue after Lenovo support tried to blame the router** . . .   4 other laptops in the house that have no wifi issues . . . . (Emphasis added). |
| Aug. 28, 2012<br><br>ultrabooknews.com | I too trusted in Lenovo's assurance that the post July 23rd build date machines would be fixed. NOT THE CASE! **Mine is July 27th and has the same issues.** Horribly slow unless you're right next to the router, even then it's not as fast as it should be. **With full signal strength speed tests put it at best at 5% the speed of other laptops sitting right next to it.** (Emphasis added). |
| Sept. 12, 2012<br><br>forums.lenovo.com | [Addressed to] Mark [Hopkins, Lenovo's Program Manager] –<br><br>[I'm] not using any standard "benchmark".  **My method was this: tried to use internet, didn't work. all the same problems others have mentioned (dropped signal or pages don't load - actually time out - even though [wireless Internet router's]** |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| | | **signal strength shows excellent).** try to use speedtest.net to test, but couldn't maintain a connection long enough to do the [Internet speed]test, and **this is sitting on sofa less than 10 ft from g router with no walls in between.** disconnect, reconnect, works for a few seconds only, then the same. Installed all important and most recommended/option updates through windows update, same issues. used different laptop, no problem. (Emphasis added). |
| Sept. 14, 2012<br><br>reviews.lenovo.com | | **[T]here is a major wireless issue where the computer either gets a very weak signal compared to other computers, or drops the wireless frequently. Unfortunately since most people use wireless almost exclusively these days, this is a major issue. I have trouble just staying connected to very basic websites which are mostly text.** This issue has been mentioned hundreds of times on the lenovo support forums, but it seems as of now there is no fix and no recall. **I would not recommend this computer.** (Emphasis added). |
| Sept. 18, 2012<br><br>ultrabooknews.com | | **My new U410 that was built on Sep 3, 2012 had WIFI problem the day I received it.** The computer can see the network but keep trying to connect to WIFI. **Occasionally it can connect with limited access. This happens even when I am sitting next to the router. Lenovo technical support couldn't fix it after spending 2 hours remotely. Finally they admitted it that it is a known problem and asked me to send it back in for repair.** This is just unacceptable. I was on hold for 1 hour trying to reach someone at Lenovo for return. Keep hearing the message that someone will answer the phone, but no one ever picked up the phone. I will never buy from Lenovo again. (Emphasis added). |
| Sept. 30, 2012<br><br>ultrabooknews.com | | I bought a U410 after usung a U350 for 18 months. I have the same wireless connection problems as the other users reported. From the same distance from the router the U350 reported an excellent signal whereas the U410 reported poor. This is obviously a retrograde step in Lenovo's development and it negates all the excellent aspects of the new ultrabook. |
| Oct. 3, 2012 | | **Same issue with my U410 MFG date 9/14.** Connection goes |

CLASS ACTION COMPLAINT

KIESEL +LARSON LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| forums.lenovo.com | from 0 kbps [kilobits (1,000 bits) per second] to 50[k]bps. . . . . **I'm unable to watch hulu or netflix**. (Emphasis added). |
| Oct. 3, 2012 forums.lenovo.com | **My laptop was manufactured on Sept 9, 2012. . . .** There is very very limited connectivity for a very short time before it drops. This is currently the same network I run my desktop PC on wirelessly. Iphones, tablets, and everything else on the network runs flawlessly, just this laptop will not connect . . . . |
| Oct. 7, 2012 Amazon.com | The internet at my place is a 10[mbps] plan and works well on all others computers and smartphones I have, however, my U410 shows [only] 0.3-0.4mb download speeds even if I'm right close to my router!! That is unacceptable! Lenovo says it's a hardware [issue], but how does that work if they can't fix the problems themsel[ves]?? This company has scre*&^% over so many customers that I don't understand how they are still in business selling this notebook everywhere! * * * **[A]ll U410/U310 manufactured after 7/23/2012 STILL have the same wifi issue, do not trust the administrators from Lenovo!** (Emphasis added). |
| Oct. 21, 2012 ultrabooknews.com | System sucks when it comes to Wifi. . . . We have to manually configure lenovo. Overall, this machine looks good, but performance sucks so badly!! i hope i can return it! |
| Oct. 31, 2012 ultrabooknews.com | I just bought a brandnew u410 and updated to the lates[t] wireless adaptor driver. I have the same issue. My other machines (much older) don't have any issue – the [Wi-Fi] range [i.e., the distance by which the IdeaPad can achieve wireless connectivity] is very limited really shocking!!! |
| Nov. 10, 2012 ultrabooknews. | I received an u410 win8 two days ago from Lenovo's site. **Build date is beginning of November. Wifi is absolute garbage.** |

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| com | getting 1/10 the speed of every other wifi device in my house and office. wifi drops quite often. Three calls to Lenovo involved multiple bogus [Wi-Fi Adapter] dr[i]ver replacements, [etc.] the problem looks clearly to be hardware and [probably] design related [because my Wi-Fi Internet speed goes] from a terrible .7[megabits per second (Mbps)] two feet from ANY 2.4 n [wireless Internet router], to an absurd .4[Mbps] once I get ten feet away.<br><br>I bought from them, called them within hours, and now they are saying 15% resto[]ck to take it back. I will be first in line for a class action. **their own techs admit the wifi problems were NEVER fixed if not made worse.** (Emphasis added). | |
| Nov. 18, 2012<br><br>forums.lenovo.com | FACT: **Lenovo Fall 2012 builds have WORSE Wifi issues than pre July builds. . . .**<br><br>**My build is November 2012.  Wifi performance is terrible**. On top of the router my U410 gives me about 1/4 the speeds of any other wireless N device on my home [Wi-Fi] Network. Outside the same room as the [wireless Internet] router my U410 will give me 1/10th[,] 1/50th [of the wireless Internet Speed] or simply drop connection al together.<br><br>I can take my wife's Ipad and walk three rooms away, then out of the house and 100' to the back of the yard and get  good N speeds. <u>I can do the same thing with ALL our laptops and phones, including laptops that are much older and much much cheaper.</u><br>(Emphasis added). | |
| (One consumer's comments)<br><br>Nov. 21 – Nov. 24, 2012<br><br>slickdeals.net | I have a u410 and the wifi is pretty bad. My [wireless Internet] network is extremely well tuned with a ASUS RT-N56U [wireless Internet router] . . . and the wifi on the U410 . . . all but dies in the next room.<br><div align="center">* * *</div>Sitting on top of router I get a absolute maximum of 3[Mbps or 1,000,000 bits per second], I can see that go through enormous peaks and drops during the transfer so I average about 1[Mbps]. In the next room from router with normal wallboard wall I get | |

| | |
|---|---|
| | between 200 to 400Kbps [kilobits per second or 1,000 bits per second]. That is transferring from my gigabit server. **My dell from work gets 40Mbps wireless on the same network**<br><br>* * *<br><br>**[S]cores of computer and network professionals reporting extremely bad results with Sept, October and November build U410's? Lenovo can't fix it**. . . .   The U410 has universally bad [Wi-Fi], and the lates[t] builds have the same issue. There is a 70 page thread on Lenovos forums which includes quite a few people who work in networking.<br><br>* * *<br><br>**The problem with the newest build [of IdeaPad Notebooks], with the advanced 2230 [I]ntel [Wi-Fi Adapter] is actually worse than the pre July [23, 2012 IdeaPad Notebooks]. It is a universal problem.** (Emphasis added).<br><br>* * *<br><br>**I made three long calls to . . . Lenovo. I have two other [computers] both getting 10x to 20x [faster] speeds.** |
| Nov. 25, 2012<br><br>facebook.lenovo.com | When im online and have multiple pages open some dont load. ill click reload and nothing happens. . . . i have 30mbps [broadband Internet service]. ive tried to use the support page and self diagnose but it dont help. **i had an acer netbook that was worth 1/4 the price of this lenovo and no where near the power or memory and it handled multiple pages way better. im at a loss for words when a $250 acer netbook is better than a $900 lenovo ultrabook. PLEASE HELP!!**<br><br>* * *<br><br>i called them. they had me install new wireless drivers. . . . i dont see a difference. **im reading TONS of people having the same problem with this model**. i really hope its fixed cause i love the computer besides the wifi problem<br><br>* * *<br><br>**Manufactured date is 7/28/2012.** (emphasis added) |
| Dec. 3, 2012<br><br>Amazon.com | [T]here is a design flaw in terms of the wi-fi. I was aware of an extremely common wi-fi issue coming from Lenova U series (includes this U410 and U310). People would complain that they have either 1) a disconnecting wi-fi internet problem 2) low signals until very close to wi-fi access. . . . [S]ince the casing of |

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| | | **the laptop is almost 100% thin aluminum, the metal casing is reducing the wi-fi strength.** In other words, the wi-fi adaptor is like your cell phone trying to text inside a metal elevator casing reducing the signal or losing it frequently. Also like when you go through a tunnel. . . . **[T]he design flaw is because they are almost mimicking the mac's metal chassis and they failed mimicking on one key part... like allowing an opening for the wi-fi antenna....** (Emphasis added). |
| Dec. 4, 2012<br><br>forums.lenovo.com | | The N speeds are the issue. Real world N speeds the u410 and U310 should achieve are more like 80mbps. Maxing at 20mps, (2MB/s) is slower than any modern laptop in this price range.<br>&#42; &#42; &#42;<br>**What a single band "N" should see real world: 80 megabits per second, written also as "80Mbps", which is equal to 8 to 10 Megabytes per second, written as "8MB/s"** . . . .<br>&#42; &#42; &#42;<br>**My tests of two laptops both running N showed my Nov. 2012 build U410 with Intel Centrino 2230 [Wi-Fi Adapter] indicated pretty bad N speeds, about half (max) to 1/20th of what several others laptops were doing at same distances from router. At times I was getting 250kbps which is insanley slow.** My network is well tuned, and I was able to test against four or five other devices one several differn networks (home, work, two coffee shops and a neighbor's, all with different routers.) . . . . (Emphasis Added). |
| Dec. 4, 2012<br><br>forums.lenovo.com | | DO NOT BY LENOVO PRODUCTS!!!<br><br>**I just bought a U310 in November- mfg date September 2012.** I am VERY UNHAPPY with wireless performance. . . . **they are shamelessly lying to consumers about WiFi performance. I suggest a class action law suite against LENOVO for fraud - they know they are selling junk/defective WiFi cards. I will NEVER by a LENOVO product again and want my money back for the U310 I bought!** (Emphasis added). |
| Dec. 13, 2012<br><br>ultrabooknews. | | There is an antenna design/placement flaw WITH NO PROJECTED FIX!!! Lenovo is criminal in it's conduct, knowingly misrepresenting and selling a defective product. |

KIESEL + LARSON LLP<br>Attorneys at Law<br>Beverly Hills, California

27

CLASS ACTION COMPLAINT

| | | |
|---|---|---|
| | com | |
| | Jan. 26, 2013<br><br>ultrabooknews.com | Got an U410 – same issue. makes the U410 completely useless in the daily life! |
| | Feb. 6, 2013 | hello i have a new Ideapad u310 it comes with broadcom bcm4313, i tried installing the proprietary wl driver but then the wireless connections is painfully slow, and if i use the open source brcmsmac driver it doesn't seems to work (no wireless connections detected). |

64. Moreover, Lenovo's own Facebook page – where Lenovo directly communicates with consumers – also confirms that Lenovo knew that the July 23, 2012 "design update" failed to repair the Wi-Fi Defect. The following three conversations occurred between Lenovo and aggrieved consumers excoriating Lenovo on Lenovo's Facebook "Wall" available at Facebook.com/lenovo:

| **Conversation 1** |
|---|
| Nov. 15, 2012 – IdeaPad Notebook owner's Post:<br>Will Lenovo acknowledge the spectacular Wi-Fi issue with its Ideapads U310 and U410? **There is 57-page thread on the Lenovo user forum where Lenovo Ideapad users exchange horror stories about non-existent Wi-Fi connections. How about Lenovo organizes a recall of all these machines?** I think all the disgruntled people who post on that forum should post here as well. How about that? (Emphasis added) |
| Nov. 15, 2012 – Lenovo's Response:<br>[W]e extensively tested sample U310 and U410 models and a design update was implemented to ensure a more consistent wireless performance in all customer environments. U310 and U410 models manufactured after July 23, 2012 incorporate these updates and are not affected. . . . .<br>**Also i understand that your laptop is now with the service team and hope issue gets resolved in due time. Hope this helps. Thanks. – YZ** (emphasis added). |
| Nov. 15, 2012 – IdeaPad Notebook owner's Reply Post:<br>**I am pretty sure we all know that the July 23 update did not solve anything,** |

KIESEL + LARSON LLP<br>Attorneys at Law<br>Beverly Hills, California

28

CLASS ACTION COMPLAINT

**so that is not an acknowledgement of the persisting problem people have been experiencing since then. To this day, myself and many other IdeaPad U310 and U410 users keep having Wi-Fi problems. . . .** Yes, my laptop was one day old when I sent it back for repair. Downloading new drivers did not work. . . . (emphasis added).

<u>**Conversation 2**</u>

Nov. 27, 2012 – IdeaPad Notebook owner's Post:
Hey there Lenovo. Since you haven't responded to any of the topics on the net I'll believe writing you a message here could be good. It is a wifi problem on the Lenovo ideapad u310. The range of the wifi isn't acceptable and it is very bad. I've been researching some and found out that I am not the only one. I was also told that you would fix it for some couple of months ago.

Nov. 28, 2012 – Lenovo's Response:
This is covered in our forum. We have addressed this problem - there is a hardware fix for affected units through service. Have you called service? Please give service a call - they should be able to update your system to address the issue. http://forums.lenovo.com . . . .

Nov. 27, 2012 – IdeaPad Notebook owner's Reply Post:
**After I have read the 58 pages forum it seems like this computer should be removed from the market because it has to many problems... Not[h]ing has been fixed..** (Emphasis added).

<u>**Conversation 3**</u>

Nov. 28, 2012 – IdeaPad Notebook owner's Post:
**STILL having wifi problems with U410! It was manufactured on 7/28/12, lenovo admitted that there was a problem with this computer yet they still sell them**. Lenovo said it was u310 & u410s made before 7/23 but mine is having he exact same problem. I need to get this resolved! I've left several messages, called support(which have no clue about the wifi problem . . . .)

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

---

Nov. 29, 2012 – Lenovo's response:

**Lenovo**: . . . Sorry about that. Can you email me your details? Contact information, system type and serial number and your service case number where you called in? I'll try to arrange help for you on this! markah@Lenovo.com - Mark

---

65.     The IdeaPad Notebooks built after July 23, 2012 suffer from the Wi-Fi Defect and, therefore, the alleged "design update" fails to remedy the Wi-Fi Defect.

66.     Despite this failure Lenovo continued to falsely inform consumers that the Wi-Fi Defect had been resolved, as illustrated by the following consumer conversation with a Lenovo sales representative that occurred on January 17, 2013:

This is hilariously sad--my chat with online Lenovo sales rep today:

[Lenovo:] Thank you for contacting Lenovo Sales Chat. My name is Anwesh . My rep id is 2900713400. Happy to help you today.

[Consumer:] I was looking at IdeaPad U410, but would not buy unless the serious recent problems reported by scores of people with wifi were fixed. have you changed wifi cards?

[Lenovo:] Not to worry, about the problem. It has been fixed, after we get the feedback from the customer's.

[Consumer:] What does that mean? if you've replaced the bad wifi cards, please say "yes, it's been replaced" and tell me make and model now used.

[Lenovo:] Yes, the problem has been replaced, you can trust me.

[Consumer:] No offense, but you're refusing to answer a specific, straightforward question with a specific answer--that doe s not yield trust. If a different card now is used, please provide the make and model number.

[Lenovo:] Currently, all model's of U410 are fixed with the WIFI problem. And you can place the order.

Forums.lenovo.com, Jan. 17, 2013.

/ / /

30                                              CLASS ACTION COMPLAINT

## VIII. Lenovo Has Sold the IdeaPad U510
### Knowing that It Also Suffers from the Wi-Fi Defect

67.    Knowing that the alleged July 23 design update failed to rectify the Wi-Fi Defect, Lenovo launched the substantially similar IdeaPad U510 on August 31, 2012.

68.    The following sampling of consumer complaints demonstrates that the Lenovo U510 also suffers from the Wi-Fi Defect:

| Date and Source | Consumer Complaint |
|---|---|
| Dec. 26, 2012<br><br>forums.lenovo.com | Re: u510 wifi . . . i got the same wifi problems as the u410 users. |
| Dec. 27, 2012<br><br>forums.lenovo.com | I noticed this problem yesterday on my U510, also. WiFi will randomly drop, and when I try to connect to one of the three WiFi networks in my home, they all come back with "Cannot connect to this network."<br><center>* * *</center>I have 5 bars - the computer is sitting less than 2 meters from the Netgear (the primary router), and about .5 meters from the Buffalo. The connection just keeps dropping and won'r reestablish. This is the only product in my household that does this, and I am a network engineer by trade - it's not my network, it's the Lenovo product. |
| Dec. 27, 2012<br><br>forums.lenovo.com | So I´m not the only one -.-' seems like we got the same problems as the U410 users. |
| Jan. 1, 2013<br><br>http://reviews.lenovo.com | Wireless is not up to the mark. . . . Wireless is very slow and it has been used everywhere these days so it is annoying. |
| Feb. 9, 2013 | "well - i tried twice with this item. . . . BUT a computer that |

CLASS ACTION COMPLAINT

| http://reviews.l enovo.com | doesn't work is worthless. . . . it is disappointing that the product is simply junk. I returned the second one due to wireless issues. On day two it stopped connecting to wireless connections. . . . |
|---|---|

69.     Despite knowledge of the Wi-Fi Defect, Lenovo failed to disclose to Class members that the IdeaPad U510 suffered from the Wi-Fi Defect.

**IX.     Lenovo Refuses to Provide a Proper Remedy**

70.     The Lenovo Limited Warranty provides:

> Lenovo warrants that each Lenovo hardware product that you purchase is free from defects in materials and workmanship under normal use during the warranty period. The warranty period for the product starts on the original date of purchase as shown on your sales receipt or invoice or as may be otherwise specified by Lenovo. The warranty period and type of warranty service that apply to your product are as specified in "Part 3 - Warranty Service Information" below. This warranty only applies to products in the country or region of purchase.

71.     Throughout the Class Period Lenovo has refused to provide an effective remedy to Class members under its one-year express warranty, and implied warranty, obligations.     As demonstrated by the experiences below, Lenovo repeatedly performed ineffective repairs that it knew would not remedy the Wi-Fi Defect or did not perform a repair at all, and refused to provide Class members with a non-defective Ultrabook or Ultraportable notebook:

| Date and Source | Comments |
|---|---|
| Aug. 26, 2012<br><br>ultrabookne ws.com | I actually sent my U310 back for warranty repairs for this problem about two weeks ago and **it came back from Lenovo with the exact same problem**. (Emphasis added). |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

32

CLASS ACTION COMPLAINT

| Sept. 12, 2012<br><br>forums.lenovo.com | Just got back my U310 from 2nd service attempt. Nothing has been done. Wifi is still sh\*t. Thanks Lenovo for that aw[e]some support. |
|---|---|
| Sept. 13, 2012<br><br>forums.lenovo.com | [Addressed to Lenovo Program Manager, Mark Hopkins] –<br>**I received a unit that was manufactured on 7/27/12, so it should have had the corrected hardware, but it did not. After spending over 10 hours on the phone and via remote access with tech support, they told me there was a hardware/software issue.**<br><br>**I asked for a hardware fix but Lenovo refused to make the fix for me, and only gave me the option to receive a replacement [IdeaPad Notebook] with the exact same specs.** So it seems you're getting the wrong info from [your superiors]. Units manufactured after 7/23/12 are definitely not 100% fixed. (Emphasis added). |
| Sept. 15, 2012<br><br>forums.lenovo.com | I just got my u310 back [from Lenovo]… DO NOT BUY THIS LAPTOP.<br><br>**The issue is still there, the [Lenovo repair summary] report says they did something to my Bluetooth and exchanged the Bluetooth unit, nothing was done regarding my Wifi problem.** I had no issues with my Bluetooth. So it's basically the same, **I am writing this from my old system, the U310 is right next to it and I can't even open Google**. This is ridiculous!! I'm really at a loss here, what am I supposed to do with a faulty laptop? **I am writing my thesis in information science right now and I NEED a good internet connection.**<br><br>Lenovo, you cannot be serious about this. **I specifically said that I was dealing with Wifi issues and nothing was done about it** (Emphasis added). |
| Oct. 7, 2012<br><br>Amazon.com | If you are doing your research before buying a new ultrabook, be advised that this particular model, as well as the U310 from Lenovo, both have MAJOR wifi issues. **The problem is so bad that even Lenovo doesn't know what to do. Just read the forums and you** |

33                          CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| 1<br>2 | | will find people all over the globe sending their machines for over 3 different times with no successful fix! **(Emphasis added).** |
| 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | Nov. 16, 2012<br><br>reviews.cost co.com | Extremely poor wifi . . . worst wifi of any laptop on the market . . . I had read reviews noting early wifi problems that had supposedly been fixed.<br><br>**I have 20 years experience at a professional level with networking. They have NOT been fixed.** Mine is a Oct 2012 build and Wifi is terrible. Test this against any wifi N or G network at 2.4 Ghz . . . . You will see the u410 has exceptionally poor range. This translates to VERY low speeds. **$500 and up laptops should be able to play netflix, and 720 Youtubes. Not only will the U410 not do this, but average web pages will load slowly. Use it outside the room with your router and it will be excruciating slow.**<br><br>My background is in networking. **The U410 wifi issue has nothing to do with drivers or anything Lenova can fix over the phone or even in repair, the antenna is engineered under the aluminum and reception is permanently hobbled.** . . . (Emphasis added). |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | Nov. 18, 2012<br><br>forums.leno vo.com | I have the same problem. Mfg. date 9/14. I've actually tried most of the things suggested. **I also sent it to Lenovo and wasted more than a week. My U410 came back yesterday.**<br><br>**Problem did NOT go away. Here's what they wrote in the Repair action report. "Adjusted wi-fi antenna cables to help wireless connection. Passed all hardware and functional tests."** (emphasis added). |
| 24<br>25<br>26<br>27<br>28 | Nov. 18, 2012<br><br>forums.leno vo.com | This is a HARDWARE problem. Not drivers, not different cards Lenovo has installed, not firewalls. It is from however they engineered card and antenna placement under the metal frame. [The] problem is present on ALL 410s and 310s.<br><br>Literally NO ONE reports good speeds. Yes, occasionally a brand new user will come on and say they do but they don't post actual speeds. To me that is suspect and could be shilling. |

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Doubt that? go inot a STORE and test one. I have tested about a dozen at various retail stores in the US (costco, Best Buy and others). You can run any number of "war driving signal stregth testers from a USB stick on the display models. **They ALL show poor wifi speeds, ALL 410 and 310 show high attentuation (signal loss) on RECEPTION** . The 410 will perform horribly [compared] to $300 and $400 [cheaper] laptops on the same table at the retailer. . . . (Emphasis in original).

*There is an attenuation issue that can't be fixed with any advice or anything at a [repair] place, it has to be re-engineered.*

If you don't care about speeds, if you don't intend to watch any media, or Youtube, and if you live in a one room flat with the router 5' from your Lenovo, you are ok. *Everyone else should stop . . . sending it in when it can't be fixed.*

Clean install, remove AV, Firewall, get latest drivers, crank roaming and power to whichever card is in your 410 or 310 and NOTHING will fix it. *Send it in and find after wasting a few weeks it isn't improved either.* (Emphasis added).

| | |
|---|---|
| Nov. 21, 2012<br><br>Facebook.com/Lenovo<br><br>[Same consumer quoted in conversation no. 1 ¶ ] | Earlier today, I got my ten-day-old Ideapad U410 back from the Lenovo Repair Center, and the Wi-Fi issue persists.<br><br>After spending 45 minutes on the phone with Lenovo Support, escalating my phone call to a supervisor, **I was told the Wi-Fi issue was not addressed during repair because it was never mentioned in the file Lenovo had about my laptop.**<br><br>**Now, that is a lie. Not only did I tell several Lenovo representatives on the phone that low W-Fi connectivity was the issue I was having with this laptop before I sent it in for repair, but I also wrote it on the form I placed in the box I put the computer in when I sent it back.**<br><br>Before today, I was almost willing to keep this faulty machine to spare myself the hassle of looking for a new one that fits my needs, but now **I am so outraged by Lenovo's utter disregard of this** |

CLASS ACTION COMPLAINT

| | | **problem, of myself as a customer, and by their LYING about my issue**, that I am going to ask for a full refund. |
| --- | --- | --- |
| | | **I am pretty sure what Lenovo is doing is illegal, and someone should sue them.** |
| | | Lenovo: rest assured that I will tell everyone on the campus I work on and all my colleagues and students (and I teach a lot of students), never to buy Lenovo. (Emphasis added). |
| | Dec. 4, 2012  forums.lenovo.com | **As far as replacing the [Wi-Fi Adapter], As lenovo has tried at least three [Wi-Fi Adapter] in the U410/U310 line, including one that routinely gets excellent good marks in other laptops, the Intel [C]entrino 2230 [Wi-Fi Adapter], one has to wonder what card you would put in there?** (Emphasis added). |

72.     At no time did Lenovo ever disclose that routine troubleshooting would be futile.  For example, Ultrabook News reported on Lenovo's illusory service for the Wi-Fi Defect:

Although Mark has assured users in the support thread that call-in support centers have all been informed of the issue and know how to take appropriate action, this doesn't jive with many of the user's experiences as posted on the forum.

This includes my own — I called Lenovo's US support for IdeaPad products yesterday and was met with a support technician and a product specialist who hadn't heard of the issue and didn't know how to handle it — this is now two weeks after Lenovo officially identified the problem.  The support staff of course wanted to do some troubleshooting which would include reinstalling the WiFi driver or restoring the U310 to factory settings — both would be futile given that Mark has confirmed that this is a hardware issue. They offered repair service on unit but I'm honestly wondering whether or not the service center would know what to fix if the support staff isn't even aware of the issue. . . .

/ / /

36                                    CLASS ACTION COMPLAINT

Ben Lang, *Lenovo Acknowledges U310/U410 WiFi Issues, Still Appears to be Selling Faulty Units*, August 23, 2012, http://ultrabooknews.com/2012/08/23/lenovo-acknowledges-u310u410-wifi-issues-still-appears-to-be-selling-faulty-units/ ("Lang, Lenovo Still Selling Faulty Units").

73.     For the consumers who have received warranty repair service, Lenovo has instructed Class members that the Wi-Fi Defect could be rectified in numerous ways – all futile – including but not limited to: (i) use different routers in different environments and locations; (ii) update the software, drivers, and firmware in the IdeaPad; (iii) replacing the Wi-Fi adapter in the IdeaPad Notebooks and using seven different Wi-Fi adapters from three different suppliers; (iv) changing and/or re-routing the Wi-Fi antenna cables in the IdeaPad Notebooks; (v) reformatting the hard drive and reinstalling the operating system in the IdeaPad Notebooks; and (vi) installing new operating systems, including Microsoft Windows 7 and Microsoft Windows 8, in the IdeaPad Notebooks.

74.     All of these measures have failed.

75.     Lenovo continues to disseminate its misrepresentations concerning the Wi-Fi functionality of the IdeaPad Notebooks, while omitting the fact the fact that the IdeaPad Notebooks suffer from the Wi-Fi Defect and falsely claiming that July 23, 2012 "design update" rectified the Wi-Fi Defect.

## X.  Lenovo's Failure to Disclose the Wi-Fi Defect Has Caused Plaintiff and Other Class Members to Suffer Damages

76.     Lenovo has damaged Plaintiff and all members of the Class. Throughout the Class Period, Lenovo sold the IdeaPad Notebooks in California at prices starting at $729 and exceeding $1,199, depending on the model.

77.     Had Plaintiff and other members of the Class known that the IdeaPad Notebooks suffered from the Wi-Fi Defect, Plaintiff and other members of the Class would not have purchased the IdeaPad Notebooks.

78.     As a result of Lenovo's misrepresentations concerning the Wi-Fi functionality of the Lenovo IdeaPad Notebooks and the failure to disclose the

existence of the Wi-Fi Defect, Plaintiff and the other Class members purchased Lenovo IdeaPad Notebooks expecting to be able to use Wi-Fi with such notebooks. Instead, however, Plaintiff and other Class members received the defective IdeaPad Notebooks that lack adequate Wi-Fi functionality and cannot be effectively used for mobile computing.

## CLASS ACTION ALLEGATIONS

79.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of himself and all others similarly situated who purchased a Lenovo IdeaPad Notebook during the Class Period in the United States.

80.     Excluded from the Class are Defendant and its officers, directors and employees; any entity in which Defendant has a controlling interest; the affiliates, legal representatives, attorneys, heirs and assigns of Defendant; any federal, state, or local government entity; and any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

81.     Questions of law and fact are common to the Class and predominate over any questions affecting only individual members, and a class action will generate common answers to the questions below, which are apt to drive the resolution of the litigation:

        a. Whether Defendant's misrepresentations and omissions of material fact are misleading or reasonably likely to deceive a reasonable consumer;

        b. Whether Defendant failed to disclose and/or misrepresented material information to members of the Class;

        c. Whether the IdeaPad Notebooks suffer from a common design defect;

        d. Whether Defendant knew that the IdeaPad Notebooks were defective at the times that Defendant manufactured and sold the IdeaPad Notebooks to Class members;

        e. Whether Defendant's purported hardware "design update" resolved the

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

Wi-Fi Defect;

f.  Whether, by its misconduct as set forth herein, Defendant has engaged in unlawful or fraudulent business practices;

g.  Whether Defendant's nationwide marketing campaign constituted false advertising;

h.  Whether the Class members have been injured by Defendant's misconduct; and

i.  Whether as a result of Defendant's misconduct, Plaintiff and other Class members are entitled to damages, restitution, equitable relief, injunctive relief, or other relief, and the amount and nature of such relief.

82.  The claims of Plaintiff are typical of the claims of the Class. Plaintiff has no interests antagonistic to those of the Class, and Defendant has no defenses unique to the Plaintiff.

83.  Plaintiff will protect the interests of the Class fairly and adequately, and Plaintiff has retained attorneys experienced in complex class action litigation.

84.  A class action is superior to all other available methods for this controversy because (i) the prosecution of separate actions by the Class members would create a risk of adjudications with respect to individual Class members that would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; (ii) the prosecution of separate actions by Class members would create a risk of inconsistent or varying adjudications with respect to the individual Class members, which would establish incompatible standards of conduct for Defendant; (iii) Defendant acted or refused to act on grounds generally applicable to the Class; and (iv) questions of law and fact common to the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

39                    CLASS ACTION COMPLAINT

85.  Plaintiff does not anticipate any difficulty in the management of this litigation.

86.  The nature of notice to the proposed class is contemplated to be by direct mail/e-mail upon certification of the class or, if such notice is not practicable, by the best notice practicable under the circumstance including, but not limited to, publication in major newspapers and on the internet.

## COUNT I
**(By Plaintiff, Individually and on Behalf of a Nationwide Class for Breach Of Express Warranty Under N.C. GEN. STAT. § 25-2-313)**

87.  Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

88.  The IdeaPad Notebooks suffer from the Wi-Fi Defect.  The Wi-Fi Defect manifested in all IdeaPad Notebooks almost immediately after the purchase of the IdeaPad Notebooks.

89.  Defendant provided a one-year Limited Warranty for all IdeaPad Notebooks, warranting that "each Lenovo hardware product that you purchase is free from defects in materials and workmanship under normal use during the warranty period."

90.  Defendant admitted that the Limited Warranty covers the IdeaPad Notebooks as demonstrated by, *inter alia*, the allegations under Sections VIII and IX above.

91.  Plaintiff bought, at retail, a new IdeaPad Notebook, and Plaintiff experienced the Wi-Fi Defect almost immediately after purchase.

92.  Defendant breached its Limited Warranty because the suffered from the Wi-Fi Defect and, therefore, was not "free from defects in materials and workmanship under normal use."

93.  Because of the Wi-Fi Defect, the IdeaPad Notebooks cannot effectively engage in mobile computing or access wireless Internet.

94.  As a proximate result of Defendant's breach of its Limited Warranty, Plaintiff and all other Class members who purchased an IdeaPad Notebook have

KIESEL +LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

sustained damages and other losses in an amount to be determined at trial. Plaintiff and the other Class members are entitled to recover damages as provided by statute, costs, attorney's fees, rescission, and other relief as is deemed appropriate.

95.     Furthermore, any purported disclaimer or limitation with respect to Lenovo's Limited Warranty is unconscionable and unenforceable because, *inter alia*, Defendant knew that the IdeaPad Notebooks suffer from the Wi-Fi Defect.

## COUNT II
**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased An IdeaPad Notebook in the State of California, for Violations of the California Consumers Legal Remedies Act, CAL. CIV. CODE §§ 1750 *et seq.*)**

96.     Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

97.     Throughout the Class Period, the CLRA was in effect. The CLRA prohibits "unfair or deceptive acts or practices."

98.     This Count is based on Defendant's misrepresentation of the Lenovo IdeaPad Notebooks' Wi-Fi functionality.

99.     The IdeaPad Notebooks are "goods" under Cal. Civ. Code § 1761(a), and Plaintiff and Class members are "consumers" under Cal. Civ. Code § 1761(d), and the CLRA applies to Defendant's condu+ct because Defendant's conduct was intended to result, and did result, in the sale of goods for personal, family, or household use.

100.    The CLRA prohibits (i) representing that goods have characteristics, uses, benefits that they do not have, (ii) representing that goods or services are of a particular standard or quality, if they are of another, and (iii) advertising goods with intent not to sell them as advertised. Cal. Civ. Code § 1770(a)(5), (7), (9).

101.    Defendant represented that the IdeaPad Notebooks have characteristics, uses, and benefits, which they do not have, represented that the IdeaPad Notebooks are of a particular standard and quality when they are of another, and advertised the IdeaPad Notebooks with intent not to sell them as advertised when Defendant:

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

a. repeatedly represented throughout the Class Period that the IdeaPad Notebooks could engage in wireless mobile computing, possessed Wi-Fi functionality, and could obtain Wi-Fi connectivity sufficient to support wireless mobile computing; and

b. made each and every representation during the course of the "Book of Do" nationwide marketing campaign alleged in Sections II-IV above throughout the Class Period.

102. Defendant's representations concerning the IdeaPad Notebooks' Wi-Fi functionality are false and misleading because the IdeaPad Notebooks suffer from the Wi-Fi Defect.

103. Defendant's false and misleading representations concerning the IdeaPad Notebooks' Wi-Fi functionality are material to reasonable consumers. In deciding to purchase an IdeaPad Notebook, a reasonable consumer would believe that the IdeaPad Notebooks do not suffer from the Wi-Fi Defect. Defendant's representations concerning the IdeaPad Notebooks' Wi-Fi functionality are likely to deceive reasonable consumers, including Plaintiff.

104. Plaintiff and Class members relied on Defendant's misrepresentations in determining whether to purchase Defendant's IdeaPad Notebooks. Had Plaintiff and Class members known that the IdeaPad Notebooks suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the IdeaPad Notebooks.

105. As a result of Defendant's misrepresentations and omissions, Plaintiff and Class members have been damaged in the amount of the entire purchase price of their defective IdeaPad Notebooks.

106. Accordingly, Plaintiff and Class members seek a permanent injunction requiring Defendant to cease disseminating the false and deceptive claims about its IdeaPad Notebooks, an injunction requiring corrective advertising and marketing, and all other relief this Court deems appropriate.

CLASS ACTION COMPLAINT

## COUNT III
**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased An IdeaPad Notebook in the State of California, for Violations of the California Consumers Legal Remedies Act,**
CAL. CIV. CODE §§ 1750 *et seq.*)

107. Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

108. Throughout the Class Period, the CLRA was in effect. The CLRA prohibits "unfair or deceptive acts or practices."

109. This Count is based on Defendant's deceptive failure to disclose the existence of the Wi-Fi Defect.

110. The IdeaPad Notebooks are "goods" under Cal. Civ. Code § 1761(a), and Plaintiff and Class members are "consumers" under Cal. Civ. Code § 1761(d), and the CLRA applies to Defendant's conduct because Defendant's conduct was intended to result, and did result, in the sale of goods for personal, family, or household use.

111. The CLRA prohibits the failure to disclose a fact when the omission is of a fact the defendant was obliged to disclose. A defendant is obliged to disclose a fact when: (i) the defendant had exclusive knowledge of material facts not known to the plaintiff, (ii) the defendant actively conceals a material fact from the plaintiff, and (iii) when the defendant makes partial representations but also suppresses some material fact.

112. Defendant had a duty to disclose the existence of the Wi-Fi Defect to Plaintiff and all Class members because: (i) Defendant had exclusive knowledge of material facts—i.e., the existence of and inability to repair the Wi-Fi Defect—not known to Plaintiff and the Class, (ii) Defendant actively concealed the Wi-Fi defect from Plaintiff and the Class, and (iii) Defendant repeatedly represented throughout the Class Period that IdeaPad Notebooks possessed Wi-Fi functionality while suppressing the existence of the Wi-Fi Defect.

113. Defendant provided a one-year Limited Warranty for all IdeaPad

CLASS ACTION COMPLAINT

KIESEL +LARSON LLP
Attorneys at Law
Beverly Hills, California

Notebooks, warranting that "each Lenovo hardware product that you purchase is free from defects in materials and workmanship under normal use during the warranty period." The Wi-Fi Defect manifested in all IdeaPad Notebooks almost immediately after the purchase of the IdeaPad Notebooks—well within the one-year express warranty period. Defendant knew the express warranty was false because Lenovo knew that the Lenovo IdeaPad Notebooks suffered from the Wi-Fi Defect.

114. The Wi-Fi Defect that Defendant failed to disclose is material to reasonable consumers. A reasonable consumer would expect the Lenovo IdeaPad Notebooks do not suffer from the Wi-Fi Defect. Such omissions are the sort of information that is relied upon by reasonable consumers in deciding to purchase Ultraportable Notebooks. Defendant's failure to disclose the existence of the Wi-Fi Defect is likely to deceive reasonable consumers, including Plaintiff.

115. Plaintiff and Class members relied on Defendant's failure to disclose the existence of the Wi-Fi Defect. Had Plaintiff and Class members known that the IdeaPad Notebooks suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the IdeaPad Notebooks.

116. As a result of Defendant's misrepresentations and omissions, Plaintiff and Class members have been damaged in the amount of the entire purchase price of their defective IdeaPad Notebooks.

117. Accordingly, Plaintiff and Class members seek a permanent injunction requiring Defendant to cease disseminating the false and deceptive claims about its IdeaPad Notebooks, an injunction requiring corrective advertising and marketing, and all other relief this Court deems appropriate.

/ / /
/ / /
/ / /
/ / /
/ / /

CLASS ACTION COMPLAINT

## COUNT IV

**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased An IdeaPad Notebook in the State of California for Violations of the Unfair Competition Law, CAL. BUS. & PROF. CODE §§ 17200 *et seq.*)**

118. Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

119. Defendant's practices as alleged in this Complaint constitute unlawful, unfair, and fraudulent business acts and practices under the UCL, Bus. & Prof. Code §§ 17200, *et seq.*

120. The UCL prohibits acts of "unfair competition," including any unlawful, unfair, or fraudulent business act or practice.

121. A violation of another law is treated as "unlawful competition" that is independently actionable. A business practices is "unfair" if (i) the utility of Defendant's conduct is substantially outweighed by the gravity of the harm to the alleged victim; (ii) Defendant's practice violates public policy as declared by specific constitutional, statutory, or regulatory provisions or is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers; or (iii) Defendant's practice would deceive a reasonable consumer. Defendant's business practice is fraudulent if the practice would deceive a reasonable consumer.

122. Defendant committed unlawful practices because it violated the CLRA, the FAL, and the SBA.

123. Defendant committed unfair practices because it misrepresented the Wi-Fi and mobile computing functionality of Lenovo IdeaPad Notebooks.

124. In addition, Defendant committed unfair practices because it failed to disclose that the IdeaPad Notebooks suffered from the Wi-Fi Defect to Plaintiff and the Other Class members, despite knowledge of the Wi-Fi Defect throughout the Class Period.

125. Defendant committed unfair practices because it failed to disclose that the IdeaPad Notebooks suffered from the Wi-Fi Defect to Plaintiff and the Other Class members, despite engaging in a uniform $50 million marketing campaign that

CLASS ACTION COMPLAINT

touted the mobile computing and Wi-Fi functionality of the Lenovo IdeaPad Notebooks.

126. Defendant's misrepresentations and omissions concerning the IdeaPad Notebooks' Wi-Fi and mobile computing functionality (i) provide no benefit to society, (ii) are substantially injurious to consumers, immoral, unethical, and unscrupulous, and (iii) deceived Plaintiff and are likely to deceive reasonable consumers.

127. Plaintiff and Class members relied on such misrepresentations and omissions. Had Plaintiff and Class members known that the IdeaPad Notebooks suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the IdeaPad Notebooks.

128. Accordingly, Plaintiff and Class members seek a permanent injunction requiring Defendant to cease making the false and deceptive claims about its IdeaPad Notebooks, an injunction requiring corrective advertising and marketing, order requiring that Defendant establish a common fund for repairs of the IdeaPad Notebooks for Plaintiff and all Class members, restitution, and all other relief this Court deems appropriate.

## COUNT V
**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased An IdeaPad Notebook in the State of California for Violations of the False Advertising Law, CAL. BUS. & PROF. CODE §§ 17500, *et seq.*)**

129. Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

130. California Business and Professions Code § 17500 makes it unlawful for any corporation or association selling anything "of any nature whatsoever" to intentionally make any statement or omission, including over the Internet, in connection with the marketing or sale of such product which is untrue, misleading or deceptive. Specifically, Cal. Bus. & Prof. Code § 17500 prohibits a business from engaging in a scheme with the intent not to sell a product as so advertised.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

131.   Despite possessing knowledge of the Wi-Fi Defect, Defendant falsely advertised the IdeaPad Notebooks by:

     a.   implementing and continuing to implement a $50 million Book of Do marketing campaign in which Defendant repeatedly represented throughout the Class Period that the IdeaPad Notebooks could engage in wireless mobile computing, possessed Wi-Fi functionality, and could obtain Wi-Fi connectivity sufficient to support wireless mobile computing; and

     b.   making each and every representation during the course of the "Book of Do" nationwide marketing campaign alleged in Sections II-IV above throughout the Class Period.

132.   Plaintiff and Class members relied on such misrepresentations and omissions.  Plaintiff was deceived by, and reasonable consumers are likely to be deceived by, such misrepresentations about Wi-Fi functionality and omission of the Wi-Fi Defect.  Had Plaintiff and Class members known that the IdeaPad Notebooks suffered from the Wi-Fi Defect, Plaintiff and the other Class members would not have purchased the IdeaPad Notebooks.

133.   Defendant engaged in the aforementioned deceptive advertising to increase its profits.  As such, Defendant's deceptive advertising caused substantial injury to California consumers, including Plaintiff and Class members.

134.   Accordingly, Plaintiff and Class members seek a permanent injunction requiring Defendant to cease making the false and deceptive claims about its IdeaPad Notebooks, an injunction requiring corrective advertising and marketing, order requiring that Defendant establish a common fund for repairs of the IdeaPad Notebooks for Plaintiff and all Class members, restitution, and all other relief this Court deems appropriate.

/ / /

/ / /

**COUNT VI**
**(By Plaintiff, Individually and on Behalf of All Class Members Who Purchased an IdeaPad Notebook, at Retail, in the State of California for Breach Of Implied Warranty Under the Song-Beverly Consumer Warranty Act, CAL. CIV. CODE §§ 1792 *et seq.*)**

135.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

136.   Under California's Song-Beverly Consumer Warranty Act, Civ. Code §§ 1792 *et seq.*, every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

137.   The defective IdeaPad Notebooks are "consumer goods" under Cal. Civ. Code §1791(a).

138.   Defendant is both a "manufacturer" and "retailer" under Cal. Civ. Code §1791(j).

139.   Plaintiff bought, at retail, an IdeaPad Notebook in the State of California.

140.   By operation of law, Defendant impliedly warranted to Plaintiff and all other Class members who purchased a IdeaPad Notebook at retail in the State of California that the IdeaPad Notebook were of merchantable quality and fit for the ordinary purposes for which the IdeaPad Notebook are used.

141.   Defendant breached its implied warranties because the IdeaPad Notebooks were not of merchantable quality and failed to perform the ordinary purposes for which they are used.   Because of the Wi-Fi Defect, the IdeaPad Notebooks cannot effectively engage in mobile computing or access wireless Internet.

142.   As a proximate result of Defendant's breach of implied warranties, Plaintiff and all other Class members who purchased an IdeaPad Notebook, at retail, in the State of California have sustained damages and other losses in an amount to be determined at trial.   Plaintiff and the other Class members are entitled to recover

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

CLASS ACTION COMPLAINT

damages as provided by statute, costs, attorney's fees, rescission, and other relief as is deemed appropriate.

143.   Any purported disclaimer or limitation of the Implied Warranty of Merchantability on the part of Defendant is unconscionable and unenforceable because, *inter alia*, Defendant knew that the IdeaPad Notebooks suffer from the Wi-Fi Defect.

### COUNT VII
**(Alternatively, By Plaintiff, Individually and on Behalf of All California Class Members that Purchased An IdeaPad Notebook in the State of California for Restitution / Unjust Enrichment Under California Law)**

144.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

145.   This Count is brought against Defendant pursuant to California's common law doctrine of unjust enrichment/restitution.

146.   Throughout the Class Period, Defendant marketed and sold the IdeaPad Notebooks that suffered from the Wi-Fi Defect—a material fact of which Defendant was aware yet failed to disclose.

147.   Plaintiff and other similarly situated Class members were not aware of the Wi-Fi Defect and conferred upon Defendant non-gratuitous profits and benefits.

148.   Defendant accepted or retained the benefits conferred by Plaintiff and other similarly situated Class members despite Defendant's knowledge of its material misrepresentations and omissions of material fact.

149.   Retaining the benefits conferred upon Defendant by Plaintiff and other similarly situated Class members is unjust and inequitable because Defendant knew about and concealed the existence of the Wi-Fi Defect.

150.   Accordingly, in exchange for the benefit that Defendant retained, Plaintiff and members of the Class received a product that was worth less than what they paid.

151.   Because Defendant's retention of the benefits conferred by Plaintiff and other similarly situated Class members is unjust and inequitable, Defendant must

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

pay restitution in a manner established by the Court.

## COUNT VIII

**(Alternatively, By Plaintiff, Individually and on Behalf of All California Class Members that Purchased An IdeaPad Notebook in the State of California for Breach of Implied-In-Law Contract Under California Law)**

152.    Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

153.    This Count is brought against Defendant pursuant to California's common law doctrine of breach of implied-in-law contract.

154.    Throughout the Class Period, Defendant marketed and sold the IdeaPad Notebooks that suffered from the Wi-Fi Defect—a material fact of which Defendant was aware yet failed to disclose.

155.    Plaintiff and other similarly situated Class members were not aware of the Wi-Fi Defect and conferred upon Defendant non-gratuitous profits and benefits.

156.    Defendant accepted or retained the benefits conferred by Plaintiff and other similarly situated Class members despite Defendant's knowledge of its material misrepresentations and omissions of material fact.

157.    Retaining the benefits conferred upon Defendant by Plaintiff and other similarly situated Class members is unjust and inequitable because Defendant knew about and concealed the existence of the Wi-Fi Defect.

158.    Accordingly, in exchange for the benefit that Defendant retained, Plaintiff and members of the Class received a product that was worth less than what they paid.

159.    Because Defendant's retention of the benefits conferred by Plaintiff and other similarly situated Class members is unjust and inequitable, Defendant must pay restitution in a manner established by the Court.

/ / /

/ / /

/ / /

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Court:

a.    Certify this action as a class action under Rule 23 of the Federal Rules of Civil Procedure, appoint Plaintiff as the Class representative, and appoint the undersigned as Class counsel;

b.    Issue a permanent injunction or other appropriate equitable relief requiring Defendant to refrain from engaging in the deceptive practices alleged herein;

c.     Order Defendant to pay Plaintiff and other Class members an amount of actual, statutory, and punitive damages, and restitution in an amount to be determined at trial, and where allowed by law;

d.    Issue an order granting Plaintiff's reasonable costs and attorneys' fees; and

e.    Grant such other relief as may be just and proper.

DATED: February 21, 2013          KIESEL + LARSON LLP

By:  _Paul R. K_____

Paul R. Kiesel, Esq.
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone:  (310) 854-4444
Facsimile:   (310) 854-0812

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Telephone:  (212) 986-4500
Facsimile:   (212) 986-4501

Attorneys for Plaintiff Kacsuta, individually
and on behalf of all others similarly situated.

52                          CLASS ACTION COMPLAINT

1

## **DEMAND FOR TRIAL BY JURY**

2    Plaintiff demands a trial by jury on all issues so triable.

3 DATED: February 21, 2013          KIESEL + LARSON LLP

4

5                                   By: *Paul R. Kiesel*

6                                   Paul R. Kiesel, Esq.

7                                   8648 Wilshire Boulevard
                                    Beverly Hills, CA 90211

8                                   Telephone:   (310) 854-4444

9                                   Facsimile:   (310) 854-0812

10                                  Paul O. Paradis, Esq.

11                                  Gina M. Tufaro, Esq.
                                    Mark A. Butler, Esq.

12                                  HORWITZ, HORWITZ & PARADIS,

13                                  Attorneys at Law
                                    570 7th Avenue, 20th Floor

14                                  New York, NY 10018

15                                  Telephone:   (212) 986-4500
                                    Facsimile:   (212) 986-4501

16

17                                  Attorneys for Plaintiff Kacsuta, individually
                                    and on behalf of all others similarly situated.

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV13- 316 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

kiesel@kbla.com
KIESEL + LARSON LLP
8648 Wilshire Blvd., Beverly Hills, CA 90211
Tel.: (310) 854-4444; Fax: (310) 854-0812
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT KACSUTA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>LENOVO (United States) Inc., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA-13CV 316 CJC (RNBx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):    LENOVO (United States) Inc., a Delaware Corporation

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Paul R. Kiesel, Esq._____, whose address is _KIESEL + LARSON LLP, 8648 Wilshire Blvd., Beverly Hills, CA 90211_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __2/21/2013__

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GARRETT KACSUTA, individually and on behalf of all others similarly situated

**DEFENDANTS**
LENOVO (United States) Inc., a Delaware Corporation

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Paul R. Kiesel, Esq.
KIESEL + LARSON LLP, 8648 Wilshire Blvd.,
Beverly Hills, CA 90211, Tel.. (310) 854-4444.

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC §1332; Violations of NC Gen Stat §25-2-313; Civ Code §§ 1750 & 1792, et seq, Bus & Prof Code §§17200 & 17500, et seq;; Unjust Enrichment & Contract Breach

**VII. NATURE OF SUIT** (Place an X in one box only.)

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☑ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

### TORTS
**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/ PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

---

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                 CIVIL COVER SHEET                                 Page 1 of 2

SA13CV316

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | North Carolina and Delaware |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _____   Date February 20, 2013

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |