Paul R. Kiesel, State Bar No. 119854
  *kiesel@kbla.com*
KIESEL + LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Paul O. Paradis, Esq.
  *pparadis@hhplawny.com*
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garrett Kacsuta, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>LENOVO (United States) Inc., a Delaware Corporation,<br><br>          Defendant. | Case No.  SACV13-316 CJC (RNBx)<br><br>**PLAINTIFF'S DECLARATION FILED PURSUANT TO CALIFORNIA CIVIL CODE §1780** |

**PLAINTIFF'S DECLARATION**

## DECLARATION OF GARRETT KACSUTA

I, Garrett Kacsuta, declare under penalty of perjury as follows:

1. I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information or belief, which I believe to be true.

2. I am an adult citizen of the State of California, I reside in Orange County, California, and I am a named Plaintiff in this litigation.

3. In Fountain Valley, California, I purchased a Lenovo IdeaPad Notebook on or about January 29, 2013, from Lenovo.com.

4. To the best of my knowledge, this action has been commenced in the proper judicial district because a substantial part of the transactions, including Defendant's advertising and omissions regarding the Lenovo IdeaPad Notebook and the purchase of the Lenovo IdeaPad Notebook giving rise to this action, occurred in this judicial district.

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of March 2013 in Orange County, California.

Garrett Kacsuta