Paul R. Kiesel, State Bar No. 119854
    *kiesel@kbla.com*
KIESEL + LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Paul O. Paradis, Esq.
    *pparadis@hhplawny.com*
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT KACSUTA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (United States) Inc., <br><br> Defendant. | Case No. 8:13-cv-00316-CJC (RNBx) <br><br> **FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Plaintiff Garrett Kacsuta ("Plaintiff"), by his undersigned counsel, alleges the following upon personal knowledge as to his own acts and upon information and belief based on the investigation conducted by counsel as to all other matters.

## NATURE OF THE ACTION

1.      Plaintiff purchased a defective Lenovo U310 Ultrabook laptop computer on January 29, 2013.  At the time Plaintiff purchased his Lenovo U310 Ultrabook, Plaintiff did not have knowledge that his U310 Ultrabook suffered from the Wi-Fi Defect described herein.

2.      Defendant Lenovo (United States) Inc. ("Lenovo" or "Defendant") designs, manufacturers and sells a broad range of laptop computers, including the U310, U410 and U510 "U Series" laptop computers.

3.      Plaintiff brings this action individually, and as a class action, against Lenovo, on behalf of himself and all other similarly situated persons who purchased a Lenovo IdeaPad® U310, U410 or U510 "U Series" computer, (collectively, the (the "Lenovo U Series Computers") in the United States at any time (the "Class").

4.      On June 4, 2012, Lenovo announced the worldwide availability of its U310 and U410 Ultrabook computers and began selling the U310 and U410 models to Class members shortly thereafter. On August 31, 2012, Lenovo expanded the IdeaPad Laptop product line with the debut of the IdeaPad U510.

5.      At the time Lenovo began selling the Lenovo U Series Computers, and at all times relevant hereto, Defendant had knowledge that the Lenovo U Series Computers are defective because of a design defect that renders these computers unable to connect to Wi-Fi networks, or attain Wi-Fi data transmission/reception speeds sufficient to allow the Lenovo U Series Computers' user to engage in Internet browsing when the Lenovo U Series Computers are within the range of a wireless Wi-Fi router (hereinafter the "Wi-Fi Defect").  As a result of the Wi-Fi Defect, the Lenovo U Series Computers are not fit for their intended mobile computing

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

purposes, and Lenovo has long had knowledge of this fact.

6.      Despite Lenovo's knowledge of the fact that all of the Lenovo U Series Computers are defective because of the Wi-Fi Defect, Lenovo failed to disclose the existence of the Wi-Fi Defect, and Plaintiff and Class members, reasonable consumers, were deceived as a result of Lenovo's misconduct.

7.      Within days after Lenovo first began selling the Lenovo U Series Computers plagued by the Wi-Fi Defect, a firestorm of complaints erupted among purchasers of these Lenovo U Series Computers.  In an attempt to quell this firestorm of criticism, Lenovo purportedly instituted a hardware design change in all U301 and U410 model computers manufactured after July 23, 2012.  Although this hardware design change was purportedly implemented in all U310 and U410 (and U510) model Lenovo computers manufactured after July 23rd, the announcement of this design change was not made until August 9, 2012.  On August 9, 2012, individuals who had purchased Lenovo model U310 or U410 computers manufactured prior to July 23, 2012 were informed that they should contact Lenovo to schedule service in order to have Lenovo perform a service procedure involving a hardware update on their computers.

8.      Both Lenovo's (a) hardware update, which was purportedly made available to those Class members who purchased Lenovo model U310 or U410 computers manufactured prior to July 23, 2012, and (b) hardware design change made to Lenovo model U310, U410 and U510 computers manufactured post July 23, 2012, were inadequate and failed to remedy the Wi-Fi Defect.  This fact is demonstrated by: (i) the test results obtained, which are detailed herein; and (ii) countless complaints posted by Class members on various Forums on the "Lenovo Community" portion of Lenovo's website – many of which continue to be posted nine months *after* both of these purported "fixes" were first announced by Lenovo.

9.      Because the purported "fixes" offered by Lenovo failed to remedy the Wi-Fi Defect, Plaintiff and Class members remain unable to use the Lenovo U

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Series Computers to connect to Wi-Fi networks or attain Wi-Fi data transmission/reception speeds sufficient to allow the computer's user to engage in Internet browsing. As a result, the ground swell of complaints about the Wi-Fi Defect that plagues all of the Lenovo U Series Computers has continued.

10. Plaintiff and all other Class members were damaged as a result of Lenovo's misconduct when they purchased Lenovo U Series Computers, that unbeknownst to them, are defective because of the Wi-Fi Defect.

11. Plaintiff alleges that Defendant violated:

    i. California Legal Remedies Act, Cal. Civil Code §§ 1750, *et seq.* (the "CLRA") by failing to disclose the existence of the Wi-Fi Defect to Class members;

    ii. California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, by engaging in unlawful and unfair conduct in violation of the CLRA by failing to disclose the existence of the Wi-Fi Defect to Class members;

    iii. California's common law doctrine of money had and received / unjust enrichment, by accepting and retaining the non-gratuitous benefits conferred by members of the Class in connection with the sale of Lenovo U Series Computers, which Defendant knew were defective; and

    iv. North Carolina General Statutes § 25-2-313 for breach of express warranty.

## THE PARTIES

12. Plaintiff is a citizen of the State of California and resident of Orange County, California. Before purchasing a Lenovo U Series Computer, Plaintiff reviewed Lenovo's marketing and advertising for the Lenovo U Series Computers regarding its Wi-Fi functionality. Defendant did not disclose in these materials, or in *any* material for that matter, the material fact that the Lenovo U Series Computers

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1   suffered from the Wi-Fi Defect.  Plaintiff reposed confidence in and relied upon the
2   material completeness of these marketing materials, from which the existence of the
3   Wi-Fi Defect was omitted.  Plaintiff purchased his Lenovo U Series Computer in the
4   State of California, at retail.  Had Plaintiff been aware of the Wi-Fi Defect, he would
5   not have purchased the Lenovo U Series Computer.  On numerous occasions after
6   Plaintiff purchased his Lenovo U310 Ultrabook, Plaintiff repeatedly experienced an
7   inability to: (i) use his Lenovo U310 Ultrabook to connect to Wi-Fi networks, (ii) or
8   attain Wi-Fi data transmission/reception speeds sufficient to allow him to engage in
9   Internet browsing using his Lenovo U310 Ultrabook because of the Wi-Fi Defect.

10   13.   Defendant Lenovo is incorporated in Delaware and maintains its
11   principal executive offices in the United States at 1009 Think Place, Morrisville,
12   North Carolina, 27560.  Lenovo, which acquired IBM's entire personal computer
13   manufacturing and marketing operation in 2006, is the world's second-largest
14   vendor of personal computers.  At all times relevant hereto, Lenovo transacted
15   substantial business in the State of California through the advertising, marketing, and
16   sale of its products, including the Lenovo U Series Notebooks.

## JURISDICTION AND VENUE

14.   This Court has subject matter jurisdiction over the claims asserted in
this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332.
Plaintiff, a citizen of California, brings claims on behalf of a nationwide class
against Defendant, a citizen of North Carolina and Delaware.

15.   This Court has jurisdiction over all causes of action asserted herein
pursuant to 28 U.S.C. § 1332(d) because the aggregate claims of Plaintiff and other
Class members exceed the sum or value of $5,000,000, the proposed Class has more
than 100 members and diversity of citizenship exists between at least one member of
the proposed Class and Defendant.

16.   This Court has personal jurisdiction over Defendant because it

4      1ST AMENDED CLASS ACTION COMPLAINT

maintains sufficient contacts in this jurisdiction, including the advertising, marketing, distribution, and sale of its Lenovo U Series Computers in this jurisdiction.

17.    Venue is proper in this District because a substantial part of the events and omissions giving rise to the claims occurred in this District, including the marketing, distribution, and sale of the Lenovo U Series Computers in this jurisdiction.

## SUBSTANTIVE ALLEGATIONS

**A Primer on "Wired" vs. "Wireless" or "Wi-Fi" Computer Networks**

18.    Today the Internet can be accessed via either "*wired*" or "*wireless*" networks, which are sometimes also referred to as "Wi-Fi Networks."

19.    A *wired* local area network ("wired LAN") is a group of  computer devices connected to one another using network cables with the help of a piece of hardware known as a "router."  A "router" is the central device of a wired LAN that into which an individual can plug one end of a "network cable."   The other end of the network cable is plugged into a networking device that has a "network port."  In order to add more network devices to a router, additional cable ports on the router are required. These ports, both on the router and on the end devices, are called "Local Area Network" ports.  The moment a device is plugged into a router, it becomes part of the wired network.

20.    A *wireless* network is very similar to a wired network with one significant difference – in a wireless network, the devices that are part of the network do not use cables to connect to the router and one another. Instead, they transmit and receive data using high frequency radio signals.  This data transport mechanism is commonly referred to as "Wireless Fidelity," or "Wi-Fi" -- which also refers to the 802.11 networking standard supported by the Institute of Electrical and Electronics Engineers ("IEEE").

21.     Because wireless networking devices transmit and receive data using high frequency radio signals, they do not use "network ports."  Instead, these devices utilize antennas, which sometimes are hidden inside the device itself. In order to have a Wi-Fi connection, there needs to be an access point and a Wi-Fi client.

22.     An "Access Point" (commonly referred to as an "AP") is a central device that broadcasts the Wi-Fi signal for Wi-Fi clients to connect to.  A "Wi-Fi Client," on the other hand, is a device that can detect the signal broadcast by an Access Point, connect to it, and maintain the connection.  Most, if not all, laptops, smart phones, and tablets on the market come with built-in Wi-Fi capability.

23.     The phrase "Wi-Fi range" typically refers to the radius distance an AP's Wi-Fi signal can reach. Typically, most Wi-Fi networks can be accessed to browse the Internet within approximately 150 feet from the Wi-Fi network's AP.

24.     The phrase "Frequency Bands" typically refers to the radio frequencies that are used by most Wi-Fi networks.  Although there are three radio bands, including 2.4GHz, 5GHz and 60 GHz, the most popular is the 2.4 GHz band, which is used by most wireless networks today.

**Increased Access to Wi-Fi Networks**
**Results In A Surge In Mobile Computing**

25.     According to the *2011 WBA Industry Report* entitled *Global Developments in Public Wi-Fi*, "**Wi-Fi is the most important wireless technology in the world** based on the volume of data traffic it carries . . . **because it often offers users the best means of accessing the Internet while on the go**." (Emphasis added).  According to the Wireless Broadband Alliance, a leading Wi-Fi industry trade group, "we have very much entered the second wave of Wi-Fi, one that is much more ubiquitous than the first wave, one that's much more essential for people who use and rely on the technology."  As Qualcomm Inc., a supplier of computer hardware products recently stated, "For a lot of people the world over, Wi-Fi® is their equivalent of oxygen; they just can't live without it. . . .  **[Wi-Fi] is**

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

**ubiquitous in notebooks and netbooks, a standard feature especially in portable computing platforms, meeting user demand for mobile wireless connectivity.**" (Emphasis added).

26.    Statistics detailed in the *2011 WBA Industry Report* confirm the explosion of Wi-Fi worldwide.  Figure 1 below depicts the global number of public Wi-Fi "hotspots" during the period 2009 through 2015, while Figure 2 depicts the global number of private Wi-Fi "hotspots" during this same period.



Figure 1



Figure 2

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

As demonstrated in both of the foregoing Figures, Wi-Fi has – and is projected to – experience very rapid growth into the future.

27.    Figure 3 below depicts global Wi-Fi data traffic during the period 2008 through 2014.



Figure 3

When viewed in light of Figures 1 and 2 above, Figure 3 makes clear that the explosive growth in Wi-Fi functionality is an important feature to reasonable consumers and Wi-Fi traffic is directly correlated with the recent dramatic increase in the number of both public and private Wi-Fi "hotspots" world-wide.

**Lenovo Introduces the Lenovo IdeaPad®**
**U310, U410 and U510 "U Series" Notebook Computers**

28.    Increased mobility among computer users has resulted in an increased demand for the ability to access the Internet in a wireless manner via Wi-Fi networks.  Computer manufacturers have responded to this increased demand by rolling out laptop computers that are optimized for mobility and provide users the wireless access to the Internet that they demand.

29.    In late 2011 – early 2012, computer manufacturers began to introduce a new breed of notebook computers that are aimed at highly mobile computer users.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Referred to as "Ultraportable" notebook computers, these machines are designed to be slimmer, lighter, and thinner that their predecessors, in order to increase their mobility.   For example, while notebook computers introduced in 2010 were manufactured with CD/DVD drives and removable battery packs, computer manufacturers made the decision to exclude these features from the next generation Ultrabook computers based largely on the fact that information that was historically accessed via CD or DVD is now accessed via the Internet.   As a result, the ability of an Ultrabook notebook computer to access the Internet via Wi-Fi from whereever today's mobile computer users want or need to access the Internet has never been more important.

30.   On January 8, 2012 Lenovo announced that it was "expanding its Ultrabook™ portfolio . . . with the IdeaPad U310 and U410 ultra laptops."   In doing so, Lenovo stated in relevant part, "the ultra slim and light U310 and U410 are ideal for any and all mobile needs."   This release also stated that "the new IdeaPad U Series laptops will be available beginning in May [2012]."

31.   On June 4, 2012, Lenovo announced the worldwide availability of its U310 and U410 Ultrabook computers.   In doing so, Peter Hortensius, the President of Lenovo's Product Group stated:

> "Ultrabooks are an industry game changer that shift not only the way people think about laptop design, but also how much performance technology can be packed into such a thin and light device," said Peter Hortensius, president, Product Group, Lenovo.   Lenovo Ultrabooks free people from having to choose between a device with a productivity-focused user experience and one with a style and design that inspire their creativity.   The IdeaPad U Series Ultrabooks embody this convergence and are the perfect tool for consumers to manage every aspect of their digital lives.

32.   On August 31, 2012, Lenovo expanded the IdeaPad Notebook product line with the debut of the IdeaPad U510.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1

**The Lenovo U Series Computers Are Defective**

2

3    A.    **The Wi-Fi Defect in the Lenovo U Series Notebooks**

4    33.    All of the Lenovo U310, U410 and U510 "U Series" computers sold by

5    Defendant contain a design defect that renders these computers unable to connect to

6    Wi-Fi networks or attain Wi-Fi data transmission/reception speeds sufficient to

7    allow the computer's user to engage in Internet browsing when the Lenovo U Series

8    Computers are within the range of a wireless Wi-Fi router (*i.e.,* the Wi-Fi Defect).

9    As a result of the Wi-Fi Defect, the Lenovo U Series Computers are not fit for their

10   intended mobile computing purposes.

11

12   B.    **Class Member Complaints Confirm**
         **the Presence of the Wi-Fi Defect**
13        **In the Lenovo U Series Notebooks**

14   34.    Class member complaints about the immobilizing Wi-Fi Defect

15   surfaced immediately after Lenovo began selling the Lenovo U Series Computers,

16   and Class members continue to complain about the Wi-Fi Defect nearly 9 months

17   after Lenovo claims that it remedied the Wi-Fi Defect.  Presented below is only a

18   sampling of such complaints:

19

| Date and Source | Consumer Complaint |
|---|---|
| July 1, 2012<br><br>forums.lenovo.com | **[T]he Lenovo Ideapad U410 . . . has troubles with connecting to the wireless network. It's just not able to ensure a consistent connection unless you are sitting right next to the router. . . .** (Emphasis added). |
| July 4, 2012<br><br>forums.lenovo.com | The big problem, however, as the title states, is my internet is turtle slow.  After running [Internet] speed tests on speakeasy[.net—a website that measures the speed of a computer's Internet connection—], . . . I'm getting download speeds of 1 [megabit per second ("Mbps")] on my NEW u310[.] |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| | My 3 year old Asus netbook, which is side by side with my u310 lenovo, is getting 30[Mbps] down speed on speakeasy[.net.] |
| July 6, 2012<br><br>reviews.lenovo.com | Sometimes [the IdeaPad U310] connects to my wireless network and sometimes it doesn't. All my other devices work fine so its just this notebook. Really not cool! I have been on with Tech Support 3 times and have gotten three different answers that haven't worked. Tried to return it within the 21 day return policy, but now its too late only because I was trying all the unsuccessful troubleshooting. Now I am stuck with this computer . . . Wish I could just return it at this point and get a refund. |
| July 14, 2012<br><br>forums.lenovo.com | I have the same wifi problem like everybody else , except i have a u410 with broadcom bcm94313 [Wi-Fi Adapter]. I found out that the bios is whitelisted, so [the IdeaPad Notebooks] only accept[] certain [Wi-Fi] cards, but apparently even if you change the card there will be no improvement since other people with intel [and] atheros [Wi-Fi Adapters] have the same problem. It seems to be a hardware problem, because it is not possible that all cards from different brands have the same issue.<br><br>One thing is for sure: Never lenovo/ibm again, first and last time! It is frustrating to pay a lot of money for a brand new machine and then to have this kind of problems! I mean come on, don't you even test them before you put them on the market?! . . . |
| July 19, 2012<br><br>forums.lenovo.com | Same problem here. Just bought U310 on Tuesday (7/17) and the Wifi is really slow. I have to keep it hardwired to my router to get acceptable speed. That's OK for today, but I'll be traveling in a few days and need this fixed. |
| July 19, 2012<br><br>forums.lenovo.com | I got the same problem in wifi connection: The signal up and down continuously by time and I found hard to load a webpage.<br><br>Sometimes I got a suddenly disconnected from network without reason and it takes too much of time as well to reconnect again. |
| July 19, 2012<br><br>forums.lenovo.com | Numerous tests confirm that changing the [Wi-Fi antenna] wire does not work. . . .<br><br>Swapping antenna wires does NOT work, tried it when changing |

<table>
<tr><td></td><td>SSD. (posted this earlier.) It actually makes the connection worse.</td></tr>
<tr><td>July 19, 2012<br><br>forums.lenovo.com</td><td>Changing the internal [Wi-Fi Adapter] card won't help, as people with different cards have the same problems (you can find many experiences in the topic mentioned above).</td></tr>
<tr><td>July 23, 2012<br><br>hardwarezone.com</td><td>Lenovo U410 and U310 series having serious Wireless connection issue, it is not wireless card, not your router compatibility and also not your driver and settings issue. It is the design issue. Lenovo has no fast way to resolve it, and you can only use it very close to your wireless router.</td></tr>
<tr><td>Aug. 1, 2012<br><br>forums.lenovo.com</td><td>I also feel ripped off about the fact that you were made aware of this problem on this website a month ago. Yet nowhere else is the bad wifi issue mentioned.</td></tr>
<tr><td>Aug. 3, 2012<br><br>forums.lenovo.com</td><td>From the looks of it is[] much more likely a serious hardware-related problem, requiring hardware redesign (e. g. include a different antenna, re-wire an interrupt controller, physically relocate a component inside the case, attach it to a different data bus system).<br><br>From an engineering standpoint this means redesigning the product, possibly including the internal PCB, re-testing, re-applying for certification (since the product changed), re-estimating material costs, possibly re-negotiating with suppliers, redesigning the production lines at the factory, and pulling back, trashing and re-shipping pretty much every unit sold. . . .</td></tr>
</table>

///

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Testing Confirms the Presence of the Wi-Fi Defect**

35.   The fact that a design defect renders all of the Lenovo U Series Computers unable to connect to Wi-Fi networks or attain Wi-Fi data transmission/reception speeds sufficient to allow the computer's user to engage in Internet browsing when the Lenovo U Series Computers are within the range of a wireless Wi-Fi router has been confirmed by testing.

36.   To determine the presence of the Wi-Fi Defect, the Lenovo U Series Computers were tested to measure the amount of time necessary for the Lenovo U Series Computers (Test Computer) to receive a file transmitted from another computer (Source Computer) across a Wi-Fi communication link using the standard transmission and reception capabilities of the respective computers' factory-installed Wi-Fi electronics.   To eliminate the potential impact of external factors on test results, both the Source Computer and the Test Computer were disconnected from all other Wi-Fi sources in the test facility, and all Wi-Fi Networks in the test facility were disabled. In addition, all computer security software monitoring tools were disabled on both the Source Computer and the Test Computer.

37.   The test employed the establishment of a dedicated wireless communication link solely between the Source Computer and the Test Computer. The ability to create this type of link is a basic capability of Windows based computers and was performed using entirely Windows based network features and commands. Once the dedicated wireless communication link between the computers is established, it is then possible to see folders on the hard drive of the Source Computer from the Test Computer.   A file comprised of a 175 MB video in a common (.avi) file format that is approximately 10 minutes in duration (the "File") was placed in a folder on the Source Computer for test purposes.   This File was then copy and pasted, using common Windows commands executed on the Test Computer, from the folder on the Source Computer across the dedicated wireless communication link and onto the desktop of the Test Computer.   Both the amount of

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

13         1ST AMENDED CLASS ACTION COMPLAINT

time necessary for the Test Computer to receive the File transfer, and the rate of speed at which the data transfer across the dedicated wireless communication link occurred were measured and recorded to determine the transfer time and transfer speed of the Test Computer's Wi-Fi reception capability.

38.    The test described above was conducted using the following computers:

(i)      a Lenovo U310 computer manufactured **prior to** July 23, 2012[1]:

(1) equipped with the drivers that were originally installed at the  time the U310 was purchased, which was tested at 35 feet from the Source Computer;

(2) equipped with the updated drivers available as of May 2013 obtained from Lenovo's online Support Service, which was tested at 35 feet from the Source Computer;

(3) equipped with the drivers that were originally installed at the  time the U310 was purchased, which was tested at 50 feet from the Source Computer; and

(4) equipped with the updated drivers available as of May 2013 obtained from Lenovo's online Support Service, which was tested at 50 feet from the Source Computer;

(ii)     a Lenovo U310 computer manufactured **after** July 23, 2012 equipped with the drivers that were originally installed at the time the U310 was purchased, which was tested at 50 feet from the Source Computer;

(iii)    a Lenovo U410 computer manufactured **after** July 23, 2012

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

---

[1]    According to Mark Hopkins, Lenovo's Program Manager, Lenovo Social Media Services, all U310 and U410 model computers manufactured **after** July 23, 2012 incorporate a "design update" and are purportedly "not affected" by the Wi-Fi Defect that plagues all of the U310 and U410 model computers manufactured **prior** to July 23, 2012.  In order to test whether the U310 and U410 computers manufactured after July 23, 2012 continued to be plagued by the Wi-Fi Defect, U310 and U410 computers manufactured after July 23, 2012 were tested.

equipped with the drivers that were originally installed at the time the U410 was purchased, which was tested at 50 feet from the Source Computer;

(iv)     a Toshiba  Satellite U845t-S4165 (the "Toshiba Ultrabook") equipped with the drivers that were originally installed at the time the Toshiba Ultrabook was purchased, which was tested:

(1) at 35 feet from the Source Computer[2]; and

(2) at 50 feet from the Source Computer.

39.     Presented in Figures 4 - 7 below are the test results, along with a brief description of how the defect is demonstrated in each of these data traces.

40.     Depicted in Figure 4 below are the "transfer times" and "transfer speeds" for:

(i)     the Lenovo U310 computer manufactured ***prior to*** July 23, 2012 equipped with the drivers that were originally installed at the  time the U310 was purchased, tested at 35 feet from the Source Computer;

(ii)     the Lenovo U310 computer manufactured ***prior to*** July 23, 2012 equipped with the drivers that were available at the Lenovo online Support Service to be downloaded and installed in May 2013, tested at 35 feet from the Source Computer; and

(iii)     the Toshiba Ultrabook equipped with the drivers that were originally installed at the  time the Toshiba Ultrabook was purchased, also tested at 35 feet from the Source Computer.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

---

[2]     A Toshiba Satellite U845t-S4165 was selected as a peer computer to the U310 and U410 for testing purposes because, like the U310 and U410, the Toshiba is an Ultrabook computer equipped with the same Intel® Centrino® Wireless-N2200 Wi-Fi adapter that the U310 and U410 are equipped with.



Figure 4

41.     As demonstrated by the data traces in Figure 4 above, when tested using the test method described above at 35 feet from the Source Computer, the Toshiba Ultrabook received the File in 114 seconds, or 1.9 minutes, while the Lenovo U310 computer manufactured **prior to** July 23, 2012 equipped with original drivers, received the File in 829 seconds, or 13.8 minutes.

42.     The fact that the Lenovo U310 equipped with original drivers took **715 seconds** or **11.9 minutes**, or **627.19%** longer to receive the File than it took the Toshiba Ultrabook computer equipped with the exact same Intel® Centrino® Wireless-N2200 Wi-Fi adapter, when both computers were located 35 feet from the Source Computer, evidences the existence of the Wi-Fi Defect in the Lenovo U310.

43.     The data traces in Figure 4 above demonstrate that, when tested at 35 feet from the Source Computer, the Lenovo U310 computer manufactured **prior to**

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

July 23, 2012 equipped with updated drivers, completely *failed* three repetitive attempts to connect to the Wi-Fi Source.  Because the Lenovo U310 computer failed to connect, transfer of the File via the dedicated wireless communication link could not be accomplished.

44.   Depicted in Figure 5 below are the "transfer times" and "transfer speeds" for:

(i)      the Lenovo U310 computer manufactured *prior to* July 23, 2012 equipped with the drivers that were originally installed at the time the U310 was purchased, tested at 50 feet from the Source Computer;

(ii)     the Lenovo U310 computer manufactured *prior to* July 23, 2012 equipped with the drivers that were available at the Lenovo online Support Service to be downloaded and installed in May 2013, tested at 50 feet from the Source Computer; and

(iii)    the Toshiba Ultrabook equipped with the drivers that were originally installed at the time the Toshiba Ultrabook was purchased, also tested at 50 feet from the Source Computer.

///

1ST AMENDED CLASS ACTION COMPLAINT



Figure 5

45.     As demonstrated by the data traces in Figure 5 above, when tested using the test method described above at 50 feet from the Source Computer, the Lenovo U310 computer manufactured *prior to* July 23, 2012 equipped with original drivers, completely *failed* threerepetitive attempts to connect to the Wi-Fi Source, while the Toshiba Ultrabook received the File in 190 seconds, or 3.2 minutes.

46.     The fact that the Lenovo U310 equipped with original drivers failed to connect when tested only 50 feet away from the Source Computer, evidences the existence of the Wi-Fi Defect in the Lenovo U310.

47.     The data traces in Figure 5 above demonstrate that, when tested using the test method described above at 50 feet from the Source Computer, the Lenovo U310 computer manufactured *prior to* July 23, 2012 equipped with updated drivers, again completely *failed* three repetitive attempts to connect at all to the Wi-Fi

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Source, while the Toshiba Ultrabook received the File in 190 seconds, or 3.2 minutes.

48.   Depicted in Figure 6 below are the "transfer times" and "transfer speeds" for:

(i)   the Lenovo U310 computer manufactured **after** July 23, 2012 equipped with the drivers that were originally installed at the time the U310 was purchased, tested at 50 feet from the Source Computer; and

(ii)   the Toshiba Ultrabook equipped with the drivers that were originally installed at the time the Toshiba Ultrabook was purchased, also tested at 50 feet from the Source Computer.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California



Figure 6

1ST AMENDED CLASS ACTION COMPLAINT

49.    As demonstrated by the data traces in Figure 6 above, when tested using the test method described above at 50 feet from the Source Computer, the Lenovo U310 computer manufactured *after* July 23, 2012 equipped with original drivers, received the File in 432 seconds, or 7.2 minutes, while the Toshiba Ultrabook received the File in 190 seconds, or 3.2 minutes.

50.    The fact that the Lenovo U310 manufactured with Lenovo's "hardware design change" took *242 seconds* or *4 minutes*, or *127.36%* longer to receive the File than it took the Toshiba Ultrabook computer equipped with the exact same Intel® Centrino® Wireless-N2200 Wi-Fi adapter when both computers were located 50 feet from the Source Computer, evidences the continued existence of the Wi-Fi Defect in the Lenovo U310 manufactured *after* July 23, 2012, despite Lenovo having purportedly implemented a hardware design change after July 23, 2012.

51.    Depicted in Figure 7 below are the "transfer times" and "transfer speeds" for:

(i)    the Lenovo U410 computer manufactured *after* July 23, 2012 equipped with the drivers that were originally installed at the time the U410 was purchased, tested at 50 feet from the Source Computer; and

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

20      1ST AMENDED CLASS ACTION COMPLAINT

(ii)     the Toshiba Ultrabook equipped with the drivers that were originally installed at the time the Toshiba Ultrabook was purchased, also tested at 50 feet from the Source Computer.





Figure 7

52.     As demonstrated by the data traces in Figure 7 above, when tested using the test method described above at 50 feet from the Source Computer, the Toshiba Ultrabook received the File in 190 seconds, or 3.2 minutes, while the Lenovo U410 computer manufactured *after* July 23, 2012 equipped with original drivers, received the 175 MB video in 652 seconds, or 10.9 minutes.

53.     The fact that the Lenovo U410 equipped with original drivers took 462 *seconds* or *7.7 minutes*, or *243.16%* longer to receive the File than it took the Toshiba Ultrabook computer equipped with the exact same Intel® Centrino®

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Wireless-N2200 Wi-Fi adapter to receive the File when both computers were located 50 feet from the Source Computer, evidences the continued existence of the Wi-Fi Defect in the Lenovo U410 manufactured **after** July 23, 2012, despite Lenovo having purportedly implemented a hardware design change after July 23, 2012.

### C.    The Wi-Fi Defect and Defendant's Omission Thereof Is Material

54.    As demonstrated herein, the Wi-Fi Defect is material because the Wi-Fi Defect renders all of the Lenovo U Series Computers unable to connect to Wi-Fi networks, or attain Wi-Fi data transmission/reception speeds sufficient to allow users of the Lenovo U Series Computers to engage in Internet browsing when the Lenovo U Series Computers are within the range of a wireless Wi-Fi router.

55.    Additionally, the Wi-Fi Defect is material because the Wi-Fi Defect manifests itself during the warranty period, as was the case with Plaintiff's Lenovo IdeaPad Notebook.

56.    Furthermore, in light of the fact that the Wi-Fi Defect: (i) renders the Lenovo U Series Computers unable to connect to Wi-Fi networks, or attain Wi-Fi data transmission/reception speeds sufficient to allow users of the Lenovo U Series Computers to engage in Internet browsing when the Lenovo U Series Computers are within the range of a wireless Wi-Fi router and (ii) manifests itself during the warranty period, Defendant's omission of the existence of the Wi-Fi Defect is material.    The existence of the Wi-Fi Defect is information that a reasonable consumer would want to know when deciding whether to purchase a Lenovo U Series Computer.

/ / /

1ST AMENDED CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

**Lenovo Knew of, But Failed To Disclose, the Existence of the Wi-Fi Defect In the Lenovo U Series Computers**

>    **A.    Lenovo Knew of the Existence of the Wi-Fi Defect Because It Operated and Moderated Numerous Online "Forums" On Lenovo's Website Where Class Members Posted Scores of Complaints Concerning the Wi-Fi Defect**

57.    The testing described above confirms what Lenovo has long known, but refused to admit – namely that all of the Lenovo U Series Computers contain the Wi-Fi Defect, *i.e.*, are defective because of a design defect in the Lenovo U Series Computers that renders these computers unable to connect to Wi-Fi networks, or attain Wi-Fi data transmission/reception speeds sufficient to allow the computer's user to engage in Internet browsing when the Lenovo U Series Computers are within the range of a wireless Wi-Fi router.

58.    Lenovo provides the opportunity for people with interest in its products to share knowledge and information about Lenovo's products online on a portion of Lenovo's website called the "Lenovo Community."  This portion of Lenovo's website, which is moderated and reviewed by Lenovo, itself, provides an opportunity for interested participants to create online "Forums" devoted to special topics of interest to users of Lenovo's products.  Other Lenovo users can, and do, participate in the online conversation by posting comments to any of the online Forums in which they have an interest.  Forums of interest to a wide variety of Lenovo users quickly develop into a large thread of postings related to the topic of the Forum.

59.    Evidencing both the severity and widespread nature of the Wi-Fi Defect in the Lenovo U Series Computers is the fact that numerous Class Members created online Forums within the "Lenovo Community" to discuss the Wi-Fi defect within just *days* after Lenovo U310 and U410 Laptops were first sold in the United States.

60.    For example, on July 5, 2012, the owner of a U310 created a Forum in the "Lenovo Community" titled, "***My New U310 Gives Really Low Speeds on***

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

*WiFi.*"  This Forum currently has 726 postings on this thread, the latest of which was made on May 14, 2013, by a U510 owner which states in relevant part, "*I bought a Lenovo U510 . . . after installing all driver updates . . .the laptop still only has half of the speed as my old laptop*."  (Emphasis added).

61.    Just three days after angry Class members had initiated the ""*My New U310 Gives Really Low Speeds on WiFi*" Forum on the "Lenovo Community" portion of Lenovo's website, a Lenovo employee moderating this Forum implicitly acknowledged the Wi-Fi Defect was caused by a hardware design issue in the Lenovo U Series Computers and, on July 8, 2012, posted "Message 11" in which Lenovo *admits* in relevant part,

> *I understand how frustrating Wifi issues can be  . . . .  After reading through your threads its really hard to pin point the cause* . . . . It can be either Software or Hardware related, *but based on your thread* seeing that some of you have tried the suggestion on the web *its leading me to suspect that it could be hardware*.

(Emphasis added).

62.    On July 10, 2012, a Lenovo employee moderating the ""*My New U310 Gives Really Low Speeds on WiFi*" Forum on the "Lenovo Community" posted Message 25, in which the Lenovo employee requested that Class members provide detailed information that would enable Lenovo Engineers to identify the model and serial numbers of the Lenovo U Series Computers plagued by the Wi-Fi Defect.

63.    On July 11, 2012, a Lenovo employee moderating the "*My New U310 Gives Really Low Speeds on WiFi*" Forum on the "Lenovo Community" posted Message 33, in which the Lenovo employee informs Class members that he has "*informed [Lenovo's Engineering] teams and [is] now awaiting feed back*." (Emphasis added.)

64.    On July 12, 2012, Mark Hopkins, Lenovo's Program Manager, Lenovo Social Media Services, posted Message 39 on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum on the "Lenovo Community" in which Lenovo requested

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

that Class members provide Lenovo with information concerning the "***connectivity speed you are experiencing***," identify the Wi-Fi Adapter installed in their Lenovo U Series Computers, and results obtained if the Class member connected to the same router via wired ethernet.

65.     On July 16, 2012, Lenovo's Lenovo employee Mark Hopkins posted Message 72 in which  Lenovo informed Class members on the "***My New U310 Gives Really Low Speeds on WiFi***" Forum,

> our engineering team is making progress on this issue . . . .  Until we have an ***official fix***, efforts to bombard service or agitate with local servicers are not going to resolve the problem.
>
> Until a ***fix is released*** and a formal tip issued, calling different call centers in different countries / regions will likely generate different responses as the agents attempt to do problem determination.
>
> I understand that some of you have been posting here for a couple of weeks, but it does take a bit of time to test, gather enough information to ***determine the root cause and then develop a field plan***.  Drivers can often take several weeks to develop and test - the ones being offered in this thread may improve the performance, ***but are probably not a solution for everyone***.
>
> . . . . we are working to get this resolved.

(Emphasis added).

66.     The following  day,  Lenovo's  Mark  Hopkins  posted  Message  81  in which  Lenovo stated in relevant part,

> We are working on the issue - ***until there is a fix released,*** servicers & dealers will not have specific instructions on this and would either just do all the normal problem determination, or try replacing parts with the same level of parts.  ***Neither of these strategies is likely to conclusively resolve the problem***.
>
> ***Likewise, I'm not sure that just replacing the system will either.***

(Emphasis added).

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

67.     On July 20, 2012, a Lenovo employee moderating the "*My New U310 Gives Really Low Speeds on WiFi*" Forum on the "Lenovo Community" posted Message 110 which states in relevant part,

> *I understand this issue has gotten very intense and sparked tremendous upset among all system owners. On behalf of Lenovo we sincerely apologize for the inconvenience caused. This case has been highlighted to the respective teams and management and currently we are working towards a resolution*. Currently I am unable to give an ETA, however, we are also working round the clock to make sure this is monitored so we can get the proper updates. Rest assures we have not forgotten about this and have not let any hanging on this matter.
>
> Please do bear with us as we update soon on the development. Again*, I apologize for the inconvenience caused and hope to post a resolution here soon*.

(Emphasis added).

68.     On July 24, 2012, Lenovo's Mr. Hopkins posted Message 157 in which Lenovo informed Class members on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum, "*We have made progress on this, and we should be able to provide an official update shortly*.  I understand the position of those who could not wait, and elected to return their systems.  I can assure you that this issue does have our full attention."  (Emphasis added).

**B.     Lenovo Is Forced To Admit The Existence**
**of the Wi-Fi Defect, Claims To Have**
**Instituted Both A Manufacturing Design**
**Change and A Hardware Service Update,**
**But Fails To Disclose The Fact That The**
**Purported "Fixes" Do Not Remedy The Wi-Fi Defect**

69.     On August 8, 2012, Ultrabook News published an article entitled, "Lenovo IdeaPad U310/U410 WiFi Issues" which states in relevant part:

> *We've actually had a chance to get our hands on two U310's for testing and both have exhibited the problem*. . . .

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

> *The issue is with WiFi speed and range*.  *The U310 seems to have exceedingly short range, unable to find a connection where other devices have no problem*.  *When it is close enough to* the access point [i.e., *a wireless Internet router,] to get a connection, downloads speeds are significantly slower than other devices*. . . .  A quick test reveals that the U310 download/upload to be 7.81 Mbps / 12.72 Mbps, while the [ASUS Zenbook] UX31E [Ultrabook that the U310 was tested against] is pulling down 29.25 Mbps / 16.79 Mbps at the same distance from the router.

70.     Following publication of the negative Ultrabook News article on August 8, 2012, Lenovo was finally forced to publicly admit the existence of the Wi-Fi Defect the very next day.   However, at the same time Lenovo admitted the existence of the Wi-Fi Defect, the Company also proclaimed that it had identified both retrospective and prospective "fixes" for the Wi-Fi Defect.  Lenovo did so in Message 259 posted by Lenovo's Mr. Hopkins on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum,

> *During July, Lenovo received customer reports of lower than expected wireless performance on some U310 and U410 IdeaPad systems*.  As a result, *we extensively tested sample U310 and U410 models and a design update was implemented to ensure a more consistent wireless performance in all customer environments*.  *U310 and U410 models manufactured after July 23, 2012 incorporate these updates and are not affected.  Customers with  U310 and U410 models manufactured  prior to July 23 who have experienced lower than expected wireless performance should contact Lenovo* support to schedule service.

(Emphasis added).

71.     Later that same day, in response to Class member inquiries on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum, Lenovo's Mr. Hopkins posted Message 264 in which Lenovo admitted in relevant part, "[*T]his is a hardware update and unfortunately is not something that the customer can do themselves - it has to be implemented through service*."  (Emphasis added).

72.     Even later in the day on August 9, 2012, Mr. Hopkins posted Lenovo's last Message of that day when he posted Message 276 in which Lenovo stated in relevant part,

> [i]*f you have slow wifi performance compared to other devices that you have, and are using at the exact same location, and if your performance improves dramatically when you move to very close proximity to the router, then I would suggest you contact service - the update we have now should resolve*.

(Emphasis added).

73.     On August 14, 2012, Lenovo's Mr. Hopkins posted Message 318 on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum in which Lenovo again admitted, "*This is a hardware fix*, and the specifics vary a bit between the U310 and U410 models.  *No, it is not as simple as changing one screw although I understand why in some cases that might have improved the results a bit*.  No, we are not changing the systemboard - no reason to re-image the system."  (Emphasis added).

74.     On August 14, 2012, Lenovo's Mr. Hopkins posted Message 318 on the "*My New U310 Gives Really Low Speeds on WiFi*" Forum in which Lenovo admits,

> As we are a global company, the customers here in the forum represent a global customer base, we cannot make blanket statements about refunds / returns etc because individual state, country laws, and terms and conditions provided by the individual reseller / point of purchase can apply.
>
> *For competitive reasons among others, there will be limits to which we can explain root cause, and corrective actions of fixes.  It was a hardware issue*.  I've previously provided guidance that *systems built after 7/23 include the updated design*, and that existing units can be updated through service and we stand ready to do so.

(Emphasis added).

/ / /

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

**Lenovo's Service Procedure Is Inadequate
Because It Does Not Remedy the Wi-Fi
Defect In the Lenovo U Series Notebook Computers**

75.     While Lenovo claimed that it had identified and implemented "fixes" that remedied the Wi-Fi Defect in Lenovo U Series Computers manufactured both prior to, and after, July 23, 2012, Lenovo failed to disclose that neither of these fixes actually remedy the Wi-Fi Defect and, therefore were and are inadequate.

76.     While Lenovo has been unwilling to publicly state the precise nature of its purported "fixes" for the Wi-Fi Defect other than to state that it is a "hardware fix" that "involves some RF Shielding," the continuing onslaught of complaints by Class members, industry publications and testing of the Lenovo U Series Computers which were manufactured after July 23, 2012 confirm that the "fixes" that were purportedly implemented by Lenovo do not cure the Wi-Fi Defect in either the Lenovo U Series Computers manufactured prior to, or after, July 23, 2012.

77.     Moreover, despite Lenovo's knowledge that these fixes fail to remedy the Wi-Fi Defect, Lenovo has nevertheless continued to sell the Lenovo U Series Computers with full knowledge that all of these computers continue to be plagued by the Wi-Fi Defect.

78.     The fact that Lenovo's purported fixes are inadequate and fail to remedy the Wi-Fi Defect is clear from the Class member complaints that continued to roll in after the August 9, 2012 announcement.  The following are examples of such Class member and industry publication complaints:

| Date and Source | Consumer Complaint |
|---|---|
| Aug. 21, 2012<br><br>ultrabooknews.com | I purchased a U410 . . . It's now the slowest laptop in the house . . . . **The laptop box shows a build date of 7/27/12**. **Been trying to troubleshoot the issue after Lenovo support tried to blame the router** . . .   4 other laptops in the house that have no wifi issues . . . . (Emphasis added). |

| Aug. 28, 2012<br><br>ultrabooknews.com | **I too trusted in Lenovo's assurance that the post July 23rd build date machines would be fixed. NOT THE CASE! Mine is July 27th and has the same issues.** Horribly slow unless you're right next to the router, even then it's not as fast as it should be. **With full signal strength speed tests put it at best at 5% the speed of other laptops sitting right next to it.** (Emphasis added). |
|---|---|
| Sept. 12, 2012<br><br>forums.lenovo.com | [Addressed to] Mark [Hopkins, Lenovo's Program Manager] –<br><br>[I'm] not using any standard "benchmark". **My method was this: tried to use internet, didn't work. all the same problems others have mentioned (dropped signal or pages don't load - actually time out - even though [wireless Internet router's] signal strength shows excellent).** try to use speedtest.net to test, but couldn't maintain a connection long enough to do the [Internet speed]test, and **this is sitting on sofa less than 10 ft from g router  with no walls in between.** disconnect, reconnect, works for a few seconds only, then the same. Installed all important and most recommended/option updates through windows update, same issues.  used different laptop, no problem. (Emphasis added). |
| Sept. 14, 2012<br><br>reviews.lenovo.com | **[T]here is a major wireless issue where the computer either gets a very weak signal compared to other computers, or drops the wireless frequently. Unfortunately since most people use wireless almost exclusively these days, this is a major issue. I have trouble just staying connected to very basic websites which are mostly text.** This issue has been mentioned hundreds of times on the lenovo support forums, but it seems as of now there is no fix and no recall**. I would not recommend this computer.** (Emphasis added). |
| Sept. 18, 2012<br><br>ultrabooknews.com | **My new U410 that was built on Sep 3, 2012 had WIFI problem the day I received it.** The computer can see the network but keep trying to connect to WIFI. **Occasionally it can connect with limited access. This happens even when I am sitting next to the router. Lenovo technical support couldn't fix it after spending 2 hours remotely. Finally they admitted** |

| | | |
|---|---|---|
| | | **it that it is a known problem and asked me to send it back in for repair.** This is just unacceptable. I was on hold for 1 hour trying to reach someone at Lenovo for return. Keep hearing the message that someone will answer the phone, but no one ever picked up the phone. I will never buy from Lenovo again. (Emphasis added). |
| Sept. 30, 2012<br><br>ultrabooknews.<br>com | | I bought a U410 after usung a U350 for 18 months. I have the same wireless connection problems as the other users reported. From the same distance from the router the U350 reported an excellent signal whereas the U410 reported poor. This is obviously a retrograde step in Lenovo's development and it negates all the excellent aspects of the new ultrabook. |
| Oct. 3, 2012<br><br>forums.lenovo.<br>com | | **Same issue with my U410 MFG date 9/14.**  Connection goes from 0 kbps [kilobits (1,000 bits) per second] to 50[k]bps. . . . .<br><br>**I'm unable to watch hulu or netflix.** (Emphasis added). |
| Oct. 3, 2012<br><br>forums.lenovo.<br>com | | **My laptop was manufactured on Sept 9, 2012. . . .**<br><br>**There is very very limited connectivity for a very short time before it drops.** This is currently the same network I run my desktop PC on wirelessly. Iphones, tablets, and everything else on the network runs flawlessly, just this laptop will not connect . . . . |
| Oct. 7, 2012<br><br>Amazon.com | | The internet at my place is a 10[mbps] plan and works well on all others computers and smartphones I have, however, my U410 shows [only] 0.3-0.4mb download speeds even if I'm right close to my router!! That is unacceptable!<br><br>Lenovo says it's a hardware [issue], but how does that work if they can't fix the problems themsel[ves]?? This company has scre*&^% over so many customers that I don't understand how they are still in business selling this notebook everywhere!<br>* * *<br>**[A]ll U410/U310 manufactured after 7/23/2012 STILL have the same wifi issue, do not trust the administrators from Lenovo!** (Emphasis added). |

31          1ST AMENDED CLASS ACTION COMPLAINT

| | |
|---|---|
| Oct. 21, 2012<br><br>ultrabooknews.com | System sucks when it comes to Wifi. . . . We have to manually configure lenovo. Overall, this machine looks good, but performance sucks so badly!! i hope i can return it! |
| Oct. 31, 2012<br><br>ultrabooknews.com | **I just bought a brand new u410 and updated to the lates[t] wireless adaptor driver. I have the same issue. My other machines (much older) don't have any issue – the [Wi-Fi] range [i.e., the distance by which the IdeaPad can achieve wireless connectivity] is very limited really shocking**!!! |
| Nov. 10, 2012<br><br>ultrabooknews.com | I received an u410 win8 two days ago from Lenovo's site. **Build date is beginning of November. Wifi is absolute garbage**.<br><br>getting 1/10 the speed of every other wifi device in my house and office. wifi drops quite often. Three calls to Lenovo involved multiple bogus [Wi-Fi Adapter] dr[i]ver replacements, [etc.] the problem looks clearly to be hardware and [probably] design related [because my Wi-Fi Internet speed goes] from a terrible .7[megabits per second (Mbps)] two feet from ANY 2.4 n [wireless Internet router], to an absurd .4[Mbps] once I get ten feet away.<br><br>I bought from them, called them within hours, and now they are saying 15% resto[]ck to take it back. I will be first in line for a class action. **their own techs admit the wifi problems were NEVER fixed if not made worse.** (Emphasis added). |
| Nov. 18, 2012<br><br>forums.lenovo.com | FACT: **Lenovo Fall 2012 builds have WORSE Wifi issues than pre July builds. . . .**<br><br>**My build is November 2012.  Wifi performance is terrible**. On top of the router my U410 gives me about 1/4 the speeds of any other wireless N device on my home [Wi-Fi] Network. Outside the same room as the [wireless Internet] router my U410 will give me 1/10th[,] 1/50th [of the wireless Internet Speed] or simply drop connection al together.<br><br>I can take my wife's Ipad and walk three rooms away, then out |

| | |
|---|---|
| | of the house and 100' to the back of the yard and get  good N speeds. **<u>I can do the same thing with ALL our laptops and phones, including laptops that are much older and much much cheaper.</u>** (Emphasis added). |
| (One consumer's comments)<br><br>Nov. 21 – Nov. 24, 2012<br><br>slickdeals.net | **I have a u410 and the wifi is pretty bad. My [wireless Internet] network is extremely well tuned with a ASUS RT-N56U [wireless Internet router] . . . and the wifi on the U410 . . . all but dies in the next room.**<br>           * * *<br>Sitting on top of router I get a absolute maximum of 3[Mbps or 1,000,000 bits per second], I can see that go through enormous peaks and drops during the transfer so I average about 1[Mbps]. In the next room from router with normal wallboard wall I get between 200 to 400Kbps [kilobits per second or 1,000 bits per second]. That is transferring from my gigabit server. **My dell from work gets 40Mbps wireless on the same network**<br>           * * *<br>**[S]cores of computer and network professionals reporting extremely bad results with Sept, October and November build U410's? Lenovo can't fix it**. . . .  **The U410 has universally bad [Wi-Fi], and the lates[t] builds have the same issue**. There is a 70 page thread on Lenovos forums which includes quite a few people who work in networking.<br>           * * *<br>**The problem with the newest build [of IdeaPad Notebooks], with the advanced 2230 [I]ntel [Wi-Fi Adapter] is actually worse than the pre July [23, 2012 IdeaPad Notebooks]. It is a universal problem.** (Emphasis added).<br>           * * *<br>**I made three long calls to . . . Lenovo. I have two other [computers] both getting 10x to 20x [faster] speeds.** |
| Nov. 25, 2012<br><br>facebook.lenovo.com | When im online and have multiple pages open some dont load. ill click reload and nothing happens. . . . i have 30mbps [broadband Internet service]. ive tried to use the support page and self diagnose but it dont help. **i had an acer netbook that was worth 1/4 the price of this lenovo and no where near the power or memory and it handled multiple pages way better.** |

| | |
|---|---|
| | **im at a loss for words when a $250 acer netbook is better than a $900 lenovo ultrabook. PLEASE HELP!!** <br> * * * <br> i called them. they had me install new wireless drivers. . . . i dont see a difference. **im reading TONS of people having the same problem with this model**. i really hope its fixed cause i love the computer besides the wifi problem <br> * * * <br> **Manufactured date is 7/28/2012.** (emphasis added) |
| Dec. 3, 2012 <br><br> Amazon.com | [T]here is a design flaw in terms of the wi-fi. I was aware of an extremely common wi-fi issue coming from Lenova U series (includes this U410 and U310). People would complain that they have either 1) a disconnecting wi-fi internet problem 2) low signals until very close to wi-fi access. . . . **[S]ince the casing of the laptop is almost 100% thin aluminum, the metal casing is reducing the wi-fi strength.** In other words, the wi-fi adaptor is like your cell phone trying to text inside a metal elevator casing reducing the signal or losing it frequently. Also like when you go through a tunnel. . . . **[T]he design flaw is because they are almost mimicking the mac's metal chassis and they failed mimicking on one key part... like allowing an opening for the wi-fi antenna**.... (Emphasis added). |
| Dec. 4, 2012 <br><br> forums.lenovo. com | The N speeds are the issue. Real world N speeds the u410 and U310 should achieve are more like 80mbps. Maxing at 20mps, (2MB/s) is slower than any modern laptop in this price range. <br> * * * <br> **What a single band "N" should see real world: 80 megabits per second, written also as "80Mbps", which is equal to 8 to 10 Megabytes per second, written as "8MB/s" . . . .** <br> * * * <br> **My tests of two laptops both running N showed my Nov. 2012 build U410 with Intel Centrino 2230 [Wi-Fi Adapter] indicated pretty bad N speeds, about half (max) to 1/20th of what several others laptops were doing at same distances from router. At times I was getting 250kbps which is insanley slow.** My network is well tuned, and I was able to test against four or five other devices one several differn networks (home, work, two coffee shops and a neighbor's, all with different |

| | |
|---|---|
| | routers.) . . . . (Emphasis Added). |
| Dec. 4, 2012<br><br>forums.lenovo.com | DO NOT BY LENOVO PRODUCTS!!!<br><br>**I just bought a U310 in November- mfg date September 2012.** I am VERY UNHAPPY with wireless performance. . . . **they are shamelessly lying to consumers about WiFi performance. I suggest a class action law suite against LENOVO for fraud** - they know they are selling junk/defective WiFI cards. **I will NEVER by a LENOVO product again and want my money back for the U310 I bought!** (Emphasis added). |
| Dec. 13, 2012<br><br>ultrabooknews.com | There is an antenna design/placement flaw WITH NO PROJECTED FIX!!! Lenovo is criminal in it's conduct, knowingly misrepresenting and selling a defective product. |
| Jan. 26, 2013<br><br>ultrabooknews.com | Got an U410 – same issue. makes the U410 completely useless in the daily life! |
| Feb. 6, 2013 | hello i have a new Ideapad u310 it comes with broadcom bcm4313, i tried installing the proprietary wl driver but then the wireless connections is painfully slow, and if i use the open source brcmsmac driver it doesn't seems to work (no wireless connections detected). |

79.   The fact that the "fixes" announced by Lenovo fail to remedy the Wi-Fi Defect in Lenovo U Series Computers is also demonstrated by the test results presented in Figures 4-7 above.

///

KIESEL + LARSON LLP<br>Attorneys at Law<br>Beverly Hills, California

**Lenovo Refuses to Provide a Proper Warranty Remedy**

80.    The Lenovo Limited Warranty provides:

Lenovo warrants that each Lenovo hardware product that you purchase is free from defects in materials and workmanship under normal use during the warranty period. The warranty period for the product starts on the original date of purchase as shown on your sales receipt or invoice or as may be otherwise specified by Lenovo. The warranty period and type of warranty service that apply to your product are as specified in "Part 3 - Warranty Service Information" below. This warranty only applies to products in the country or region of purchase.

81.    Throughout the Class Period Lenovo has refused to provide an effective remedy to Class members under its one-year express warranty, and implied warranty, obligations.    As demonstrated by the experiences below, Lenovo repeatedly performed ineffective repairs that it knew would not remedy the Wi-Fi Defect or did not perform a repair at all, and refused to provide Class members with a non-defective Lenovo U Series Computers:

| Date and Source | Comments |
|---|---|
| Aug. 26, 2012<br><br>ultrabooknews.com | I actually sent my U310 back for warranty repairs for this problem about two weeks ago and **it came back from Lenovo with the exact same problem**. (Emphasis added). |
| Sept. 12, 2012<br><br>forums.lenovo.com | Just got back my U310 from 2nd service attempt. Nothing has been done. Wifi is still sh*t. Thanks Lenovo for that aw[e]some support. |
| Sept. 13, 2012<br><br>forums.leno | [Addressed to Lenovo Program Manager, Mark Hopkins] –<br>**I received a unit that was manufactured on 7/27/12, so it should have had the corrected hardware, but it did not. After spending over 10 hours on the phone and via remote access with tech** |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| vo.com | **support, they told me there was a hardware/software issue.**<br><br>**I asked for a hardware fix but Lenovo refused to make the fix for me, and only gave me the option to receive a replacement [IdeaPad Notebook] with the exact same specs.** So it seems you're getting the wrong info from [your superiors]. Units manufactured after 7/23/12 are definitely not 100% fixed. (Emphasis added). |
| Sept. 15, 2012<br><br>forums.lenovo.com | I just got my u310 back [from Lenovo]… DO NOT BUY THIS LAPTOP.<br><br>**The issue is still there, the [Lenovo repair summary] report says they did something to my Bluetooth and exchanged the Bluetooth unit, nothing was done regarding my Wifi problem.** I had no issues with my Bluetooth. So it's basically the same, **I am writing this from my old system, the U310 is right next to it and I can't even open Google**. This is ridiculous!! I'm really at a loss here, what am I supposed to do with a faulty laptop? **I am writing my thesis in information science right now and I NEED a good internet connection.**<br><br>Lenovo, you cannot be serious about this. **I specifically said that I was dealing with Wifi issues and nothing was done about it** (Emphasis added). |
| Oct. 7, 2012<br><br>Amazon.com | If you are doing your research before buying a new ultrabook, be advised that this particular model, as well as the U310 from Lenovo, both have MAJOR wifi issues. **The problem is so bad that even Lenovo doesn't know what to do. Just read the forums and you will find people all over the globe sending their machines for over 3 different times with no successful fix! (Emphasis added).** |
| Nov. 16, 2012<br><br>reviews.costco.com | Extremely poor wifi . . . worst wifi of any laptop on the market . . . I had read reviews noting early wifi problems that had supposedly been fixed.<br><br>**I have 20 years experience at a professional level with networking. They have NOT been fixed.** Mine is a Oct 2012 build and Wifi is terrible. Test this against any wifi N or G network at 2.4 |

| | | |
|---|---|---|
| | | Ghz . . . . You will see the u410 has exceptionally poor range. This translates to VERY low speeds. **$500 and up laptops should be able to play netflix, and 720 Youtubes. Not only will the U410 not do this, but average web pages will load slowly. Use it outside the room with your router and it will be excruciating slow.**<br><br>My background is in networking**. The U410 wifi issue has nothing to do with drivers or anything Lenova can fix over the phone or even in repair**, **the antenna is engineered under the aluminum and reception is permanently hobbled.** . . . (Emphasis added). |
| | Nov. 18, 2012<br><br>forums.lenovo.com | I have the same problem. Mfg. date 9/14.<br>I've actually tried most of the things suggested. **I also sent it to Lenovo and wasted more than a week. My U410 came back yesterday.**<br><br>**Problem did NOT go away. Here's what they wrote in the Repair action report. "Adjusted wi-fi antenna cables to help wireless connection. Passed all hardware and functional tests."** (emphasis added). |
| | Nov. 18, 2012<br><br>forums.lenovo.com | This is a HARDWARE problem. Not drivers, not different cards Lenovo has installed, not firewalls. It is from however they engineered card and antenna placement under the metal frame. [The] problem is present on ALL 410s and 310s.<br><br>Literally NO ONE reports good speeds. Yes, occasionally a brand new user will come on and say they do but they don't post actual speeds. To me that is suspect and could be shilling.<br><br>Doubt that? go inot a STORE and test one. I have tested about a dozen at various retail stores in the US (costco, Best Buy and others). You can run any number of "war driving signal stregth testers from a USB stick on the display models. **They ALL show poor wifi speeds, ALL 410 and 310 show high attentuation (signal loss) on RECEPTION** . The 410 will perform horribly [compared] to $300 and $400 [cheaper] laptops on the same table at the retailer. . . . (Emphasis in original). |

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| | | *There is an attenuation issue that can't be fixed with any advice or anything at a [repair] place, it has to be re-engineered.*<br><br>If you don't care about speeds, if you don't intend to watch any media, or Youtube, and if you live in a one room flat with the router 5' from your Lenovo, you are ok. *Everyone else should stop . . . sending it in when it can't be fixed.*<br><br>Clean install, remove AV, Firewall, get latest drivers, crank roaming and power to whichever card is in your 410 or 310 and NOTHING will fix it. *Send it in and find after wasting a few weeks it isn't improved either.* (Emphasis added). |
| | Nov. 21, 2012<br><br>Facebook.com/Lenovo | Earlier today, I got my ten-day-old Ideapad U410 back from the Lenovo Repair Center, and the Wi-Fi issue persists.<br><br>After spending 45 minutes on the phone with Lenovo Support, escalating my phone call to a supervisor, **I was told the Wi-Fi issue was not addressed during repair because it was never mentioned in the file Lenovo had about my laptop.**<br><br>**Now, that is a lie. Not only did I tell several Lenovo representatives on the phone that low W-Fi connectivity was the issue I was having with this laptop before I sent it in for repair, but I also wrote it on the form I placed in the box I put the computer in when I sent it back.**<br><br>Before today, I was almost willing to keep this faulty machine to spare myself the hassle of looking for a new one that fits my needs, but now **I am so outraged by Lenovo's utter disregard of this problem, of myself as a customer, and by their LYING about my issue**, that I am going to ask for a full refund.<br><br>**I am pretty sure what Lenovo is doing is illegal, and someone should sue them.**<br><br>Lenovo: rest assured that I will tell everyone on the campus I work on and all my colleagues and students (and I teach a lot of students), never to buy Lenovo. (Emphasis added). |

1ST AMENDED CLASS ACTION COMPLAINT

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

| Dec. 4, 2012<br><br>forums.lenovo.com | **As far as replacing the [Wi-Fi Adapter], As lenovo has tried at least three [Wi-Fi Adapter] in the U410/U310 line, including one that routinely gets excellent good marks in other laptops, the Intel [C]entrino 2230 [Wi-Fi Adapter], one has to wonder what card you would put in there?** (Emphasis added). |
|---|---|

**Plaintiff and Class Members Were**
<u>**Damaged As A Result of Lenovo's Misconduct**</u>

82.    By its misconduct described herein, Lenovo has damaged Plaintiff and all members of the Class.  Lenovo sold the Lenovo U Series Computers at prices starting at $729 and exceeding $1,199, depending on the model.

83.    Had Plaintiff and other members of the Class known that the Lenovo U Series Computers suffered from the Wi-Fi Defect, Plaintiff and other members of the Class would not have purchased the Lenovo U Series Computers.

84.    As a result of Lenovo's failure to disclose the existence of the Wi-Fi Defect, Plaintiff and the other Class members purchased the Lenovo U Series Computers expecting to be able to use Wi-Fi with such notebooks.  Instead, however, Plaintiff and other Class members received the defective Lenovo U Series Computers that lack adequate Wi-Fi functionality and cannot be effectively used for mobile computing.

## CLASS ACTION ALLEGATIONS

85.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of himself and all others similarly situated who purchased a Lenovo U Series Computer at any time in the United States.

86.    Excluded from the Class are Defendant and its officers, directors and employees; any entity in which Defendant has a controlling interest; the affiliates, legal representatives, attorneys, heirs and assigns of Defendant; any federal, state, or

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

local government entity; and any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.  Claims for personal injury and consequential damages are excluded.

87.     Questions of law and fact are common to the Class and predominate over any questions affecting only individual members, and a class action will generate common answers to the questions below, which are apt to drive the resolution of the litigation:

    a.  Whether the Lenovo U Series Computers suffer from a common design defect;

    b.  Whether Defendant failed to disclose material information to members of the Class;

    c.  Whether Defendant's omission of material fact is misleading or reasonably likely to deceive a reasonable consumer;

    d.  Whether Defendant's purported hardware "design update" to the Lenovo U Series Computers resolved the Wi-Fi defect;

    e.  Whether, by its misconduct as set forth herein, Defendant has engaged in unlawful or fraudulent business practices;

    f.  Whether Class members have been injured by Defendant's misconduct; and

    g.  Whether as a result of Defendant's misconduct, Plaintiff and other Class members are entitled to damages, restitution, equitable relief, injunctive relief, or other relief, and the amount and nature of such relief.

88.     The claims of Plaintiff are typical of the claims of the Class.  Plaintiff has no interests antagonistic to those of the Class, and Defendant has no defenses unique to the Plaintiff.

89.     Plaintiff will protect the interests of the Class fairly and adequately, and Plaintiff has retained attorneys experienced in complex class action litigation.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

90.    A class action is superior to all other available methods for this controversy because (i) the prosecution of separate actions by the Class members would create a risk of adjudications with respect to individual Class members that would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; (ii) the prosecution of separate actions by Class members would create a risk of inconsistent or varying adjudications with respect to the individual Class members, which would establish incompatible standards of conduct for Defendant; (iii) Defendant acted or refused to act on grounds generally applicable to the Class; and (iv) questions of law and fact common to the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

91.    Plaintiff does not anticipate any difficulty in the management of this litigation.

92.    The nature of notice to the proposed class is contemplated to be by direct mail/e-mail upon certification of the class or, if such notice is not practicable, by the best notice practicable under the circumstance including, but not limited to, publication in major newspapers and on the internet.

## COUNT I

**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased A Lenovo U Series Computer in the State of California, for Violations of the California Consumers Legal Remedies Act, CAL. CIV. CODE §§ 1750 *et seq.*)**

93.    Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

94.    Throughout the Class Period, the CLRA was in effect.  The CLRA prohibits "unfair or deceptive acts or practices."

95.    This Count is based on Defendant's failure to disclose the existence of the Wi-Fi defect.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

96.    The Lenovo U Series Computers are "goods" under Cal. Civ. Code § 1761(a), and Plaintiff and Class members are "consumers" under Cal. Civ. Code § 1761(d), and the CLRA applies to Defendant's conduct because Defendant's conduct was intended to result, and did result, in the sale of goods for personal, family, or household use.

97.    The CLRA prohibits the failure to disclose a fact when the omission is of a fact the defendant was obliged to disclose.  A defendant is obliged to disclose a fact when the defendant has exclusive knowledge of a material fact.

98.    Defendant had a duty to disclose the existence of the Wi-Fi Defect in the Lenovo U Series Computers to Plaintiff and all Class members because Defendant had exclusive knowledge of material facts—i.e., the existence of and inability to repair the Wi-Fi Defect—not known to Plaintiff and the Class.

99.    The Wi-Fi Defect that Defendant failed to disclose is material to reasonable consumers.  A reasonable consumer would expect that the Lenovo U Series Computers do not suffer from the Wi-Fi Defect.  The existence of the Wi-Fi Defect is the sort of information that would be relied upon by reasonable consumers in deciding whether to purchase the Lenovo U Series Computers.  Defendant's failure to disclose the existence of the Wi-Fi Defect is likely to deceive, and did deceive reasonable consumers, including Plaintiff.

100.   Plaintiff and Class members relied on Defendant's failure to disclose the existence of the Wi-Fi Defect.  Had Plaintiff and Class members known that the Lenovo U Series Computers suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the Lenovo U Series Computers.

101.   As a result of Defendant's omission, Plaintiff and Class members have been damaged in the amount of the entire purchase price of their defective Lenovo U Series Computers.

102.   Accordingly, Plaintiff and Class members seek an injunction requiring Defendant to establish a common fund to repair Class members' Lenovo U Series

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Computers.

## COUNT II

**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased A Lenovo U Series Computer in the State of California, for Violations of the California Consumers Legal Remedies Act,**
**C<small>AL</small>. C<small>IV</small>. C<small>ODE</small> §§ 1750 *et seq.*)**

103.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

104.   Throughout the Class Period, the CLRA was in effect.  The CLRA prohibits "unfair or deceptive acts or practices."

105.   This Count is based on Defendant's failure to disclose the existence of the Wi-Fi Defect.

106.   The Lenovo U Series Computers are "goods" under Cal. Civ. Code § 1761(a), and Plaintiff and Class members are "consumers" under Cal. Civ. Code § 1761(d), and the CLRA applies to Defendant's conduct because Defendant's conduct was intended to result, and did result, in the sale of goods for personal, family, or household use.

107.   The CLRA prohibits the failure to disclose a fact when the omission is of a fact the defendant was obliged to disclose.  A defendant is obliged to disclose a fact when the defendant has exclusive knowledge of a material fact.

108.   Defendant had a duty to disclose the existence of the Wi-Fi Defect to Plaintiff and all Class members because Defendant had exclusive knowledge of material facts—i.e., the existence of and inability to repair the Wi-Fi Defect—not known to Plaintiff and the Class.

109.   The Wi-Fi Defect that Defendant failed to disclose is material to reasonable consumers.  A reasonable consumer would expect the Lenovo U Series Computers do not suffer from the Wi-Fi Defect.  The existence of the Wi-Fi Defect is the sort of information that would be relied upon by reasonable consumers in deciding whether to purchase the Lenovo U Series Computers.  Defendant's failure

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

to disclose the existence of the Wi-Fi Defect is likely to deceive, and did deceive reasonable consumers, including Plaintiff.

110.   Plaintiff and Class members relied on Defendant's failure to disclose the existence of the Wi-Fi Defect.  Had Plaintiff and Class members known that the Lenovo U Series Computers suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the Lenovo U Series Computers.

111.   As a result of Defendant's omission, Plaintiff and Class members have been damaged in the amount of the entire purchase price of their defective Lenovo U Series Computers.

112.   On or about March 13, 2013 Plaintiff wrote to Defendant pursuant to Cal. Civ. Code § 1782(a) in order to provide Defendant with notice of its violation of its warranty and the CLRA ("Plaintiff's CLRA Letter").  In particular, Plaintiff informed Defendant that the Lenovo U Series Computers suffer from the Wi-Fi Defect, a material fact of which Defendant was aware yet failed to disclose. Plaintiff requested that Defendant immediately cease the manufacture and sale of the Lenovo U Series Computers, acknowledge the existence of the Wi-Fi Defect and refund to Plaintiff and all Class members the purchase price incurred for the purchase of the Lenovo U Series Computers.

113.   To date, Defendant has failed to provide the requested relief to all members of the Class.  Instead, on April 10, 2013, Defendant, inappropriately sought to "pick off" Plaintiff by inappropriately offering to settle only Plaintiff's individual claim.  However, Defendant refused to settle claims asserted by and on behalf of all of the Class members whom Plaintiff seeks to represent.  Because Defendant offered to settle only Plaintiff's individual claim, Plaintiff, who is a fiduciary to the Class he seeks to represent, refused Defendant's offer.

114.   Because Defendant has refused to provide the relief requested in Plaintiff's CLRA Letter to all members of the Class, Plaintiff and members of the Class are entitled to an award of actual damages.

1
2

<u>**COUNT III**</u>

3
4

**(By Plaintiff, Individually and on Behalf of All Class Members that Purchased A Lenovo U Series Computer in the State of California for Violations of the <u>Unfair Competition Law, CAL. BUS. & PROF. CODE §§ 17200 *et seq*.</u>)**

5

115.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

6
7
8

116.   Defendant's practices as alleged in this Complaint constitute unlawful, unfair business acts and practices under the UCL, Bus. & Prof. Code §§ 17200, *et seq*.

9
10

117.   The UCL prohibits acts of "unfair competition," including any unlawful, unfair, or fraudulent business act or practice.

11
12
13
14
15
16
17

118.   A violation of another law is treated as "unlawful competition" that is independently actionable.   A business practice is "unfair" if (i) the utility of Defendant's conduct is substantially outweighed by the gravity of the harm to the alleged victim; (ii) Defendant's practice violates public policy as declared by specific constitutional, statutory, or regulatory provisions or is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers; or (iii) Defendant's practice would deceive a reasonable consumer.

18
19

119.   Defendant committed unlawful practices because it violated the CLRA and the SBA.

20
21
22

120.   Defendant committed unfair practices because it failed to disclose that the Lenovo U Series Computers suffer from the Wi-Fi Defect to Plaintiff and other Class members, despite knowledge of the Wi-Fi Defect throughout the Class Period.

23
24
25
26

121.   Plaintiff and Class members relied on such omission.   Had Plaintiff and Class members known that the Lenovo U Series Computers suffered from the Wi-Fi Defect, Plaintiff and Class members would not have purchased the Lenovo U Series Computers.

27
28

122.   Accordingly, Plaintiff and Class members seek an injunction requiring Defendant to establish a common fund to repair Class members' Lenovo U Series

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

Computers, restitution, and all other relief this Court deems appropriate.

## COUNT IV

**(By Plaintiff, Individually and on Behalf of All Class Members Who Purchased a Lenovo U Series Computer, at Retail, in the State of California for Breach Of Implied Warranty Under the Song-Beverly Consumer Warranty Act, CAL. CIV. CODE §§ 1792 *et seq.*)**

123.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

124.   Under California's Song-Beverly Consumer Warranty Act, Civ. Code §§ 1792 *et seq.*, every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

125.   The defective Lenovo U Series Computers are "consumer goods" under Cal. Civ. Code §1791(a).

126.   Defendant is both a "manufacturer" and "retailer" under Cal. Civ. Code §1791(j).

127.   Plaintiff bought, at retail, a Lenovo U Series Computer in the State of California.

128.   By operation of law, Defendant impliedly warranted to Plaintiff and all other Class members who purchased a Lenovo U Series Computer at retail in the State of California that the Lenovo U Series Computers were of merchantable quality and fit for the ordinary purposes for which the Lenovo U Series Computers are used.

129.   Defendant breached its implied warranties because the Lenovo U Series Computers were not of merchantable quality and failed to perform the ordinary purposes for which they are used.  As a result of the Wi-Fi Defect, the Lenovo U Series Computers cannot effectively engage in mobile computing or access wireless Internet.   As a proximate result of Defendant's breach of implied warranties, Plaintiff and all other Class members who purchased a Lenovo U Series Computers,

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

at retail, in the State of California have sustained damages and other losses in an amount to be determined at trial. Plaintiff and the other Class members are entitled to recover damages as provided by statute, costs, attorney's fees, rescission, and other relief as is deemed appropriate.

130. Any purported disclaimer or limitation of the Implied Warranty of Merchantability on the part of Defendant is unconscionable and unenforceable because, *inter alia*, Defendant knew that the Lenovo U Series Computers suffer from the Wi-Fi Defect.

## COUNT V

### (Alternatively, By Plaintiff, Individually and on Behalf of All California Class Members Who Purchased A Lenovo U Series Computer in the State of California for Breach of Implied-In-Law Contract Under California Law)

131. Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

132. This Count is brought against Defendant, alternatively, pursuant to California's common law doctrine of breach of implied-in-law contract.

133. Throughout the Class Period, Defendant marketed and sold the Lenovo U Series Computers that suffered from the Wi-Fi Defect—a material fact of which Defendant was aware yet failed to disclose.

134. Plaintiff and other similarly situated Class members were not aware of the Wi-Fi Defect and conferred upon Defendant non-gratuitous profits and benefits.

135. Defendant accepted or retained the benefits conferred by Plaintiff and other similarly situated Class members despite Defendant's knowledge of its omission of material fact.

136. Retaining the benefits conferred upon Defendant by Plaintiff and other similarly situated Class members is unjust and inequitable because Defendant knew about and concealed the existence of the Wi-Fi Defect.

137. Accordingly, in exchange for the benefit that Defendant retained,

Plaintiff and members of the Class received a product that was worth less than which they paid.

138.   Because Defendant's retention of the benefits conferred by Plaintiff and other similarly situated Class members is unjust and inequitable, Defendant must pay restitution in a manner established by the Court.

## COUNT VI

**(By Plaintiff, Individually and on Behalf of a Nationwide Class Comprised of Persons Who Purchased A Lenovo U Series Computer for Breach Of Express Warranty Under N.C. GEN. STAT.  § 25-2-313)**

139.   Plaintiff incorporates and re-alleges all of the foregoing paragraphs.

140.   Defendant provided a one-year Limited Warranty for the Lenovo U Series Computers, warranting that "each Lenovo hardware product that you purchase is free from defects in materials and workmanship under normal use during the warranty period."

141.   Defendant breached its Limited Warranty because the Lenovo U Series Computers suffer from the Wi-Fi Defect and, therefore, are not "free from defects in materials and workmanship under normal use."

142.   As a proximate result of Defendant's breach of its Limited Warranty, Plaintiff and all other Class members who purchased a Lenovo U Series Computer have sustained damages and other losses in an amount to be determined at trial. Plaintiff and the other Class members are entitled to recover damages as provided by statute, costs, attorney's fees, rescission, and other relief as is deemed appropriate.

143.   Furthermore, any purported disclaimer or limitation with respect to Lenovo's Limited Warranty is unconscionable and unenforceable because, *inter alia*, Defendant knew that the Lenovo U Series Computers suffer from the Wi-Fi Defect.

144.   Plaintiff provided Defendant with notice of its breach on March 13,

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

2013 in Plaintiff's CLRA Letter. Any additional notice or opportunity to cure would have been futile because none of Defendant's purported "fixes" remedied the Wi-Fi Defect.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Court:

a.   Certify this action as a class action under Rule 23 of the Federal Rules of Civil Procedure, appoint Plaintiff as the Class representative, and appoint the undersigned as Class counsel;

b.   Issue a permanent injunction or other appropriate equitable relief requiring Defendant to establish a common fund for repairs for the Lenovo U Series Computers;

c.    Order Defendant to pay Plaintiff and other Class members an amount of actual, statutory, and punitive damages, and restitution in an amount to be determined at trial, and where allowed by law;

d.   Issue an order granting Plaintiff's reasonable costs and attorneys' fees; and

e.   Grant such other relief as may be just and proper.

/ / /

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1

2 DATED: May 24, 2013                    KIESEL + LARSON LLP

3

4                                        By: _____

5                                            Paul R. Kiesel, Esq.

6                                            8648 Wilshire Boulevard
                                             Beverly Hills, CA 90211
7                                            Telephone:  (310) 854-4444

8                                            Facsimile:  (310) 854-0812

9                                            Paul O. Paradis, Esq.

10                                           Gina M. Tufaro, Esq.
                                             Mark A. Butler, Esq.
11                                           HORWITZ, HORWITZ & PARADIS,

12                                           Attorneys at Law
                                             570 7th Avenue, 20th Floor
13                                           New York, NY 10018

14

15                                           Telephone:  (212) 986-4500
                                             Facsimile:  (212) 986-4501
16

17                                           Attorneys for Plaintiff Kacsuta, individually
                                             and on behalf of all others similarly situated.

18

19

20

21

22

23

24

25

26

27

28

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff demands a trial by jury on all issues so triable.

DATED: May 24, 2013                    KIESEL + LARSON LLP

By: _____

Paul R. Kiesel, Esq.
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone:   (310) 854-4444
Facsimile:   (310) 854-0812

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone:   (212) 986-4500
Facsimile:   (212) 986-4501

Attorneys for Plaintiff Kacsuta, individually
and on behalf of all others similarly situated.

KIESEL + LARSON LLP
Attorneys at Law
Beverly Hills, California

1

## **PROOF OF SERVICE**

2

3       At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California.  My business address

4  is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

5       On May 24, 2013, I served true copies of the following document(s) described as **FIRST AMENDED CLASS ACTION COMPLAINT** on the interested parties in this

6  action as follows:

7            Daniel J. Stephenson

             Allan Gabriel

8            Vivian S. Lee

9            DYKEMA GOSSETT LLP

             333 S. Grand Avenue, Suite 2100

10           Los Angeles, California 90071

11

12      **BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and

13  overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight

14  service carrier to receive documents.

15       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member

16  of the bar of this Court at whose direction the service was made.

17       Executed on May 24, 2013, at Beverly Hills, California.

18

19

20                       Stephanie Duenas

21

22

23

24

25

26

27

28