UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-00316-CJC (RNBx) | Date | October 15, 2014 |
|---|---|---|---|
| Title | Garrett Kacsuta v. Lenovo (United States) Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Melissa Kunig | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) NOTIFYING PARTIES OF MAIL RECEIVED BY THE COURT

     On September 30, 2014, the Court received a letter from Weiwei Wu dated September 26, 2014.  The parties may respond to this letter, attached hereto, if they deem it necessary.

|  | - : - |
|---|---|
|  | Initials of Preparer    mku |

To Whom It May Concern:

My name is Weiwei Wu and I am an Lenovo customer. I am writing this letter to object the class settlement agreed by Lenovo's counsel and the Plaintiffs. What I would like is an option to return the laptop to Lenovo and a whole refund since they failed to provide the reliable product as they claimed and the settlement is not fair for the customers.

Since I got the laptop, the wifi connection has been on and off. At first I thought it maybe the wifi signal in the house, but the wifi connection on my husband's laptop, the Sumsung Android tablet and my iPhone have been working pretty well. After several months I just gave up and purchase a tablet for daily usage. I checked it up later and found out on the forum of Lenovo website many other customer had the same experience and Lenovo is still selling the model without any notice of the shortage of the product. However, the deadline to return my laptop had passed and their customer services is definitely not the best in business. I understand that things break and sometimes we can just fix it or move on if it has worn out. But my laptop is the case. It bears the critical fault due to Lenovo's intention to save money. The cheap products they are making are sold due to "discount". This marketing strategy has to be punished not just corrected.

My Lenovo U410 ordering information:
I placed the order for an IdeaPad U410 Ultrabook ( model No. 59372339, serial No. QB07116520) on July 3rd, 2013 on-line.
My Address: ▮▮▮▮▮▮▮▮▮▮▮, North Potomac, Maryland, ▮▮▮▮
Phone No.: ▮▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮

Attached is my order and shipping confirmation email from Lenovo.

If you need any other information, please reach me via email. Thank you.

Best,

*Weiwei Wu*

Sep 26th, 2014



# Shipping Confirmation

Dear Weiwei Wu ,

We appreciate your order of Lenovo product(s). All or part of your order has shipped. In some instances orders are shipped from more than one location, which will result in multiple email notifications. Please note you will only be invoiced for products that have shipped.

For details of your order, or to track status online, visit Lenovo's Order Status website or click on this link:
http://ovp.lenovo.com/lenovo-ovp/public/showDetail!showPublicOrderDetail.action?orderNumber=4242888242&email=iailhc@gwmail.gwu.edu

Get home delivery on YOUR schedule. Avoid missed delivery attempts.
Sign up for UPS My Choice(SM). It's free and easy.
http://www.ups.com/mychoice/index.html?WT.mc_id=MM_03_13

| Shipping address | Billing address | Order information |
|---|---|---|
| Weiwei Wu | Weiwei Wu | Customer number: 2905202719 |
| North Potomac MD | North Potomac MD | Order number: 4242888242 |

| Qty | Part number | Description | Status | Price | Total |
|---|---|---|---|---|---|
| 1 | 59372339 | IdeaPad U410 Ultrabook - 59372339 - Ruby -System details | Shipped 1ZAF6883DG02715821 | $ 649.00 | $ 649.00 |
| | | | Subtotal | | $ 649.00 |
| | | | Environmental Fee | | $ 0.00 |
| | | | Taxes | | $ 38.94 |
| | | | Total | | $ 687.94 |

If you have any questions about your order please call Lenovo Customer Service at 855-2-LENOVO (855-253-6686) or email websales@lenovo.com. Please include your Customer number and Order number in any communications to help us serve you more quickly.

Thank you for purchasing from Lenovo.

Lenovo <lenovo@lenovo.com>
to me

7/3/13

Lenovo
lenovo@lenovo.com



# Order Confirmation

Add to contacts    Emails

Dear Weiwei Wu,

Thank you for your recent purchase of Lenovo product (s), below are details of your order. You can track the status of your order online by visiting Lenovo's Order Status website or click on this link:
http://ovp.lenovo.com/lenovo-ovp/public/showDetail!showPublicOrderDetail.action?orderNumber=4242888242&email=jailhc@gwmail.gwu.edu

Once your order has been shipped you will receive a shipping confirmation email. Please note some orders are shipped from multiple locations. If shipping charges are applicable, you will only be billed for a single shipping charge.

| Shipping address | Billing address | Order information |
|---|---|---|
| Weiwei Wu | Weiwei Wu | Date and time: 03/07/2013 10:50 EST |
| North Potomac MD | North Potomac MD | Customer number: 2905202719 |
| | | Order number: 4242888242 |
| | | Payment method: Credit Card |

| Qty | Part no. | Description | Price | Total |
|---|---|---|---|---|
| 1 | 59372339 | IdeaPad U410 Ultrabook - 59372339 - Ruby -System details | $ 649.00 | $ 649.00 |
| | | Subtotal | | $ 649.00 |
| | | Environmental Fee | | $ 0.00 |
| | | Taxes | | $ 38.94 |
| | | Total | | $ 687.94 |

Your order is being processed and no updates can be made a this time. If you have questions about your order please call Lenovo Customer Service at 855-2-LENOVO (855-253-6686) or email websales@lenovo.com. Please include your Customer number and order number in any communication to help us serve you more quickly.

Thank you for purchasing from Lenovo.