# EXHIBIT "A"

### DECLARATION OF DOUGLAS QUINN IN SUPPORT OF OBJECTION TO CLASS ACTION SETTLEMENT IN *KACSUTA V. LENOVO (UNITED STATES) INC.*

Comes now DOUGLAS QUINN and states the following under oath and under penalty of perjury as follows:

"My name is Douglas Quinn. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge."

"My address is 99 N. Post Oak Lane, #3102, Houston, Texas 77024-7727. I am a resident of Houston, Texas."

"Sections 22 and 23 in the Settlement Agreement provide as follows:

> 22. "Settlement Class" means all persons who purchased a Lenovo Ideapad ® model U310 or U410 Ultrabook computer in the United States at any time through the date of the entry of the Order of Final Approval. Excluded from the Settlement Class are the Judge and Magistrate Judge to whom this case is assigned, and any members of their immediate families.
> 23. "Settlement Class Member" means any person included within the Settlement Class, which includes any person who does not timely exercise his or her right to opt out of the Settlement Class pursuant to Section VII herein."

"I am a member of the proposed Settlement Class based on the above. I am a person who purchased a Lenovo IdeaPad, Serial Number QB07392976, Model U310 Ultrabook computer in the United States. A copy of my proof of purchase is attached."

"I object to the proposed settlement of *Kacsuta v. Lenovo (United States) Inc.*, Civil Action No. SACV 13-00316-CJC(RNBx) for the reasons stated in my objection."

Executed this the 20th day of November, 2014, at Houston, Texas."

_____
Douglas Quinn

From: "auto-confirm@amazon.com" <auto-confirm@amazon.com>
Date: November 17, 2014 at 4:03:58 PM CST
To: Doug Quinn <dogqueen1@gmail.com>
Subject: Your Amazon.com order of "Lenovo IdeaPad U310...".
Reply-To: "auto-confirm@amazon.com" <auto-confirm@amazon.com>

Your Recommendations | Your Account | Amazon.com



## Order Confirmation

Order #109-0164249-3763419

### Hello Doug Quinn,

Thank you for shopping with us. We'll send a confirmation once your item has shipped. Your order details are indicated below. The payment details of your transaction can be found on the order invoice. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.

Your guaranteed delivery date is:
**Wednesday, November 19, 2014**

Your shipping speed:
**One-Day Shipping**

Your order will be sent to:
Doug Quinn
99 N POST OAK LN # 3102
HOUSTON, TX 77024-7727
United States



GET $70 INSTANTLY when you get the Amazon.com Rewards Visa Card  Learn more

### Order Details

Order #109-0164249-3763419
Placed on Monday, November 17, 2014



Lenovo IdeaPad U310 13.3-Inch Touchscreen Ultrabook (Graphite Gray)
Personal Computers
Sold by Legendary Juny
Condition: New

$665.00

| | |
|---|---|
| Item Subtotal: | $665.00 |
| Shipping & Handling: | $29.93 |

| | |
|---|---|
| Total Before Tax: | $694.93 |
| Estimated Tax: | $0.00 |
| **Order Total:** | **$694.93** |

To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.

Thank you for shopping with us.
**Amazon.com**

## Frequently Bought With Lenovo IdeaPad U310 13.3-Inch To...



Case Logic LAPS-113 13.3-Inch Laptop / MacBook...
$15.09 *Prime*



Samsung USB 2.0 Ultra Portable External DVD...
$38.84



Case Logic LAPS-113 13.3-Inch Laptop / MacBook...
$17.09 *Prime*

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

Unless otherwise noted, items sold by Amazon.com LLC are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com LLC , it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.