UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-00316-CJC (RNBx) | Date | December 15, 2014 |
| Title | Garrett Kacsuta v. Lenovo (United States) Inc. | | |

| | |
|---|---|
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |

| Melissa Kunig | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Paul Kiesel | Daniel Stephenson |
| Nicholas Migliaccio | Jeffrey Iloulian |
| Jordan Chaikan | |
| Paul Paradis | |
| Gina Tufaro | |

**Proceedings:**     MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION
SETTLEMENT AND APPROVAL OF REQUEST FOR ATTORNEYS
FEES, REIMBURSEMENT OF EXPENSES AND PLAINTIFFS
REIMBURSEMENT AWARDS [63] (filed 10/8/14)

       Motion hearing held.  The Court hears oral argument from the parties.  The Court to issue
a formal order.

| | | |
|---|---|---|
| | 0 | : 59 |
| Initials of Preparer | mku | |