# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-00316-CJC (RNBx) | Date | September 27, 2016 |
| Title | Garrett Kacsuta v. Lenovo (United States) Inc | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER REGARDING LETTER RECEIVED BY THE COURT

The Court received the attached letter on September 20, 2016. Pursuant to L.R. 83-2.11, attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters shall be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules.

Therefore, the Court has forwarded the letter to Plaintiff's counsel. No further action will be taken at this time. However, if counsel for the Plaintiff wishes to address the matter contained in the letter, he can do so in accordance with the applicable rules and law.

Initials of Deputy Clerk   mku

cc: Paul R. Kiesel
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910

Vishesh Narayen

Hon. Cormac J. Carney
c/o Clerk of the Court
United States District Court
    for the Central District of California
411 W. Fourth St., Room 1053
Santa Ana, CA 92701

September 16, 2016

      Re: *Kacsuta et al. v. Lenovo (United States) Inc.*, No. 13-cv-00316-CJC (RNBx)

Dear Judge Carney:

      I am writing to you regarding the above-captioned class action suit in which certain laptop computer products sold by Lenovo were alleged to be defective in relation to their wireless communications hardware. I am a non-lead class member by virtue of having purchased one of the allegedly-defective laptop computers that are the subject of this suit.

I understand that the Court preliminarily approved the parties' settlement on September 15, 2014 (Dkt. 56), a fairness hearing occurred on or about December 15, 2014, the Court granted final approval of the settlement on December 16, 2014 (Dkt. 91), and the deadline for all class members to submit claims expired September 11, 2015, a little over a year ago. Despite submitting my claim on September 20, 2014 (see attached claim form)—approximately 2 years ago—I have not received any compensation under the settlement agreement nor have I received any further information from Lenovo's claims administrator regarding when claims might be paid. When I last contacted the claims administrator, they were unable to provide any timeline for when claims processing might be completed, and they have provided me no further information since (see attached email chain).

I don't have significant familiarity with the pace at which class member claims in a class action suit are usually processed, but it seems to me that more than adequate time has elapsed in this case—two years since settlement approval and over a year from the claims submission deadline—for Lenovo to process all submitted claims. Given that the claims process is largely computerized,[1] the delay in processing and disbursing claims here—over a year now, for my claim—seems excessive and not

---

[1] For example, I submitted my claim via a web-based form.

September 16, 2016
Hon. Cormac J. Carney

consistent with seeing to the "speedy . . . determination of every action and proceeding." Fed. R. Civ. P. 1.

I am writing to you principally to bring this apparent delay to your attention, as the parties' settlement agreement vests in this Court jurisdiction to enforce the terms of the settlement. (Dkt. 45, Ex. 1 at 21 (Settlement Agreement, § XII.I).) If you are in a position to see to a more expeditious resolution of the class members' claims, that would be greatly appreciated.

Sincerely,

Vishesh Narayen



## Kacsuta v. Lenovo Inc., No. 13-cv-00316
4 messages

**Vishesh Narayen** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>  Wed, Jan 6, 2016 at 12:29 AM
To: lenovosettlement@berdonclaims.com

To Whom it May Concern,

I am writing to inquire about the status of the above-captioned case, and in particular, my claim submission as a class member (Case ID: OXTLAGOTLZBC, submitted electronically on 9/20/2014). I understand that the fairness hearing occurred over a year ago and the deadline for all class members to submit claims expired September 11, 2015 -- nearly 4 months ago. However, I have yet to receive my settlement compensation. Can you please promptly let me know the status of the case and disbursement of settlement claims?

Vishesh

**Lenovo Settlement** <lenovosettlement@berdonclaims.com>  Wed, Jan 6, 2016 at 9:00 AM
To: Vishesh Narayen <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>

To Vishesh Narayen,

Thank you. Your claim number is **680**. Please use this number in any future correspondence you may have with us.

The filing deadline in this case was September 11, 2015. The claims received in connection with the settlement will need to be reviewed and evaluated. The final distribution cannot take place until all such claims are processed.

The length of the claims administration process depends greatly on the number of claims received in connection with the case, their complexity, and the length of the cure period for the deficient submissions. **Once reviewed, if we require anything further to substantiate your submission, we will contact you through letter.**

If you wish to discuss your personal submission, please contact the Claims Administrator at (800) 766-3330.

**Please note, the details concerning the settlement benefits (their distribution, availability and application) are not known to us, at this point.**

Regards,

Claims Administrator

Berdon Claims Administration LLC

One Jericho Plaza, Suite 106

Jericho, NY 11753-1635

Phone: 800.766.3330

Fax: 516.931.0810

PLEASE NOTE THAT THE ABOVE GUIDELINES ARE PROVIDED FOR INFORMATION PURPOSES ONLY AND DO NOT CONSTITUTE OUR DETERMINATION AS TO YOUR ELIGIBILITY AS A CLASS MEMBER IN THIS CLASS ACTION OR ANY POTENTIAL RECOVERY THEREFROM.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof

**From:** Vishesh Narayen [mailto:█████████████]
**Sent:** January 6, 2016 1:30 AM
**To:** Lenovo Settlement
**Subject:** Kacsuta v. Lenovo Inc., No. 13-cv-00316

To Whom it May Concern,

I am writing to inquire about the status of the above-captioned case, and in particular, my claim submission as a class member (Case ID: OXTLAGOTLZBC, submitted electronically on 9/20/2014). I understand that the fairness hearing occurred over a year ago and the deadline for all class members to submit claims expired September 11, 2015 -- nearly 4 months ago. However, I have yet to receive my settlement compensation. Can you please promptly let me know the status of the case and disbursement of settlement claims?

Vishesh

---

**Vishesh Narayen** <█████████████████>   Wed, Jan 6, 2016 at 11:05 AM
To: Lenovo Settlement <lenovosettlement@berdonclaims.com>

Thank you for the response. Does your firm have any contemplated timeline for when claims will be processed and disbursed? Seems to me that four months is more than adequate time to do so.

Vishesh
[Quoted text hidden]

---

**Lenovo Settlement** <lenovosettlement@berdonclaims.com>   Wed, Jan 6, 2016 at 12:01 PM
To: Vishesh Narayen <█████████████████>

As mentioned below, we do not have a contemplated timeframe. As of today, we are still processing claims received. Once this step has been completed, we will post the progress and next step (curing deficiencies) on our website, www.berdonclaims.com.

Regards,

Claims Administrator

Berdon Claims Administration LLC

One Jericho Plaza, Suite 106

Jericho, NY 11753-1635

Phone: 800.766.3330

Fax: 516.931.0810

PLEASE NOTE THAT THE ABOVE GUIDELINES ARE PROVIDED FOR INFORMATION PURPOSES ONLY AND DO NOT CONSTITUTE OUR DETERMINATION AS TO YOUR ELIGIBILITY AS A CLASS MEMBER IN THIS CLASS ACTION OR ANY POTENTIAL RECOVERY THEREFROM.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof

**From:** Vishesh Narayen [mailto:██████████████]
**Sent:** January 6, 2016 12:06 PM
**To:** Lenovo Settlement
**Subject:** Re: Kacsuta v. Lenovo Inc., No. 13-cv-00316

[Quoted text hidden]

9/20/2014

www.lenovolaptopwifisettlement.com/#/systems

# Claim Form And Settlement Declaration

## Instructions

☑ Hide Instructions

1. Please provide your name, address and other contact information, as requested on the form.

2. If you **HAVE NOT PREVIOUSLY** returned your Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer to Lenovo or an authorized Lenovo service center for a Wi-Fi repair, you may:

    a. Return your Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer to Lenovo to permit Lenovo to repair the wireless capability of your Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer. The entire cost of such repair, including all costs associated with insured shipping of such Settlement Class Member's Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer to Lenovo and the return of such computer to the Settlement Class Member will be borne exclusively by Lenovo.

    For those Settlement Class Members who elect to have Lenovo repair the wireless capability of their Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computers, the warranty period for any Wi-Fi related issue shall be: (i) extended for a period of one additional year from the date of such warranty repair in situations where the original warranty has not yet expired; or (ii) renewed for a period of one additional year from the date of such warranty repair in situations where the original warranty has expired; alternatively

3. Alternatively, you do not select any of the Settlement benefits above, you may elect to receive either:

    a. a cash refund in the amount of one hundred dollars ($100) paid by Lenovo; or

    b. a two hundred fifty dollar ($250) credit certificate that may be applied toward the purchase of any product listed for sale on www.lenovo.com. The $250 credit certificate shall be issued by Lenovo and be transferable within the Immediate Family1 of the original claimant and capable of being combined with any other credit, voucher, coupon, sale, or other discount of any kind and shall expire no less than two years after issuance.

In addition to the foregoing, the warranty period for those Settlement Class Members who elect to receive the Settlement consideration offered in Paragraph 3a. or 3b. above shall be: (a) extended for a period of 120 days from the date of final approval of the Settlement in situations where the original warranty has not yet expired; or (b) renewed for a period of 120

9/20/2014

www.lenovolaptopwifisettlement.com/#/systems

days from the date of final approval of the Settlement in situations where the original warranty has expired.

4. Any Settlement Class Members who elect to receive the Settlement consideration offered in Paragraphs 2 or 3 above who also previously incurred any actual out-of-pocket expenses associated with the repair of the Wi-Fi of their Lenovo Ultrabook Model 310 or Lenovo Ultrabook Model 410 computer are also entitled to be reimbursed by Lenovo for one hundred percent (100%) of the amount of such expenses upon the submission of a valid Claim Form *accompanied by satisfactory documentation evidencing such out-of-pocket expenses.*

5. As part of this submission, you are required to provide a copy of your purchase receipt/invoice and/or documentation sufficient to evidence your purchase of a Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer. Documentation sufficient to evidence your purchase may include a sales receipt, credit card or other account statement, shipping manifest, purchase order or other similar documentation evidencing purchase of your Lenovo Ultrabook Model U310 or Lenovo Ultrabook Model U410 computer.

If you are seeking reimbursement for actual out-of-pocket expenses associated with the repair of the Wi-Fi of your Lenovo Ultrabook Model 310 or Lenovo Ultrabook Model 410 computer, you are required to provide documentation evidencing such expenses.

Please attach your file (PDF, JPEG, TIFF, DOC, DOCX, XLS, XLSX file formats only) using the tool below. The size of the file cannot exceed 3MB.

Form

First, Last*    Vishesh, Narayen

Company

Address 1*

Address 2

